# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| STA-RITE INDUSTRIES, LLC | § | |
|---|---|---|
| F/K/A SHURFLO, LLC F/K/A/ | § | |
| SHURFLO PUMP | § | |
| MANUFACTURING COMPANY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08-cv-59 |
| | § | |
| v. | § | |
| | § | |
| ITT CORPORATION, ITT | § | JURY TRIAL DEMANDED |
| INDUSTRIES, FLOJET | § | |
| CORPORATION, ITT JABSCO, | § | |
| INC., AND RULE INDUSTRIES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF STA-RITE INDUSTRIES, LLC'S TRIAL WITNESS LIST

Pursuant to the Agreed Amended Docket Control Order entered by the Court in this matter, Plaintiff Sta-Rite Industries, LLC hereby submits its Trial Witness List.

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| 1. | Barber, Anthony | | X |
| 2. | Batchelder, Scott | X | |
| 3. | Beaman, Dr. Joseph | X | |
| 4. | Becker, Dr. Stephen L. | X | |
| 5. | Byrd, John | X | |
| 6. | Caldwell, Jerry | X | |
| 7. | Corporate Representative – Johnson Pumps Collins, Michael | X | |
| 8. | Corporate Representative – Johnson Pumps Pack, Williams | | X |
| 9. | Corporate Representative – Johnson Pumps Ragalado, Carmen | X | |
| 10. | Dang, Thang | X | |
| 11. | Echeverria, Rocio | X | |
| 12. | Fong, Jon | | X |
| 13. | Hardesty, Tom | | X |
| 14. | Jersey, Steven | X | |

|     | WITNESS             | WILL CALL | MAY CALL |
|-----|---------------------|-----------|----------|
| 15. | Johnson, Russ       | X         |          |
| 16. | Kamboya, Nalin      | X         |          |
| 17. | Lipscomb, R. Fred   | X         |          |
| 18. | Mesa, Humberto V.   | X         |          |
| 19. | Millik, Vijay       |           | X        |
| 20. | Mir, Asfaq          | X         |          |
| 21. | Naval, Jay          |           | X        |
| 22. | Patel, Anil         | X         |          |
| 23. | Saveliev, Michael   | X         |          |
| 24. | Schopperle, Jeff    | X         |          |
| 25. | Sessler, Ryan       | X         |          |
| 26. | Tilders, Steve      | X         |          |
| 27. | Van Winkle, Peter   | X         |          |
| 28. | Watson, Dr. Hal     | X         |          |

\*      To the extent a witness is not available to give live testimony, Sta-Rite intends to present deposition testimony for each such respective witness.

Dated:  April 13, 2010                                  Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Douglas R. McSwane, Jr.*

Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
973-360-7900
973-301-8410 fax

Mary-Olga Lovett
lovettm@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002

Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Telecopier: (602) 445-8100

Douglas R. McSwane, Jr.
State Bar No 1381300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
dougmcswane@potterminton.com

**ATTORNEYS FOR PLAINTIFF STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to consented to electronic service and being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 13, 2010.

By: */s/ Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| STA-RITE INDUSTRIES, LLC | § | |
|---|---|---|
| F/K/A SHURFLO, LLC F/K/A/ | § | |
| SHURFLO PUMP | § | |
| MANUFACTURING COMPANY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08-cv-59 |
| | § | |
| v. | § | |
| | § | |
| ITT CORPORATION, ITT | § | |
| INDUSTRIES, FLOJET | § | |
| CORPORATION, ITT JABSCO, | § | |
| INC., AND RULE INDUSTRIES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF STA-RITE INDUSTRIES, LLC'S
## REBUTTAL TRIAL WITNESS LIST

Pursuant to the Agreed Amended Docket Control Order entered by the Court in this matter, Plaintiff Sta-Rite Industries, LLC hereby submits its Rebuttal Trial Witness List.[1]

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| 1. | Barber, Anthony | | X |
| 2. | Batchelder, Scott | X | |
| 3. | Beaman, Dr. Joseph | X | |
| 4. | Becker, Dr. Stephen L. | X | |
| 5. | Byrd, John | X | |
| 6. | Caldwell, Jerry | X | |
| 7. | Corporate Representative – Johnson Pumps Collins, Michael | X | |
| 8. | Corporate Representative – Johnson Pumps Pack, Williams | | X |

---

[1] Plaintiff's rebuttal trial witness list mirrors its earlier-filed trial witness list, as Plaintiff reserves its right to call any of the witnesses on its trial witness list during Plaintiff's case-in-chief and on rebuttal if permitted and as necessary.

Plaintiff Sta-Rite Industries, LLC's
Rebuttal Trial Witness List                                                                 Page 1

|     | WITNESS                                                   | WILL CALL | MAY CALL |
| --- | --------------------------------------------------------- | --------- | -------- |
| 9.  | **Corporate Representative – Johnson Pumps Ragalado, Carmen** | X         |          |
| 10. | **Dang, Thang**                                           | X         |          |
| 11. | **Echeverria, Rocio**                                     | X         |          |
| 12. | **Fong, Jon**                                             |           | X        |
| 13. | **Hardesty, Tom**                                         |           | X        |
| 14. | **Jersey, Steven**                                        | X         |          |
| 15. | **Johnson, Russ**                                         | X         |          |
| 16. | **Kamboya, Nalin**                                        | X         |          |
| 17. | **Lipscomb, R. Fred**                                     | X         |          |
| 18. | **Mesa, Humberto V.**                                     | X         |          |
| 19. | **Millik, Vijay**                                         |           | X        |
| 20. | **Mir, Asfaq**                                            | X         |          |
| 21. | **Naval, Jay**                                            |           | X        |
| 22. | **Patel, Anil**                                           | X         |          |
| 23. | **Saveliev, Michael**                                     | X         |          |
| 24. | **Schopperle, Jeff**                                      | X         |          |
| 25. | **Sessler, Ryan**                                         | X         |          |
| 26. | **Tilders, Steve**                                        | X         |          |
| 27. | **Van Winkle, Peter**                                     | X         |          |
| 28. | **Watson, Dr. Hal**                                       | X         |          |

\*      To the extent a witness is not available to give live testimony, Sta-Rite intends to present deposition testimony for each such respective witness.

Dated: April 20, 2010                          Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Douglas R. McSwane, Jr.*
Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
973-360-7900
973-301-8410 fax

Mary-Olga Lovett
lovettm@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002

Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Telecopier: (602) 445-8100

        Douglas R. McSwane, Jr.
        State Bar No 1381300
        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500 (75702)
        P. O. Box 359
        Tyler, Texas 75710
        (903) 597 8311
        (903) 593 0846 (Facsimile)
        dougmcswane@potterminton.com

        **ATTORNEYS FOR PLAINTIFF STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to consented to electronic service and being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 20, 2010.

By: */s/ Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.