IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY | § § § § § § § § § § § § | CAUSE NO. 6:08CV59 |
| V. | | |
| ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC. | | JURY TRIAL DEMANDED |

## **PROPOSED JURY INSTRUCTIONS**

Pursuant to the Court's Order, Plaintiff Sta-Rite Industries, LLC ("Plaintiff") and Defendants ITT Corporation and Rule Industries, Inc. ("Defendants") hereby submit the following proposed jury instructions (Exhibit A) in the above-captioned matter.

Respectfully submitted this 10th day of May, 2010,

| | |
|---|---|
| _/s/ Michael A. Nicodema, by permission_<br>Michael A. Nicodema, admitted *pro hac vice*<br>nicodemam@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>PO Box 677<br>Florham Park, New Jersey 07932<br>973-360-7900<br>973-301-8410 fax<br><br>Mary-Olga Lovett<br>lovettm@gtlaw.com<br>Paul J. Brown<br>brownpa@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1000 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br><br>Gerald L. Fellows, admitted *pro hac vice*<br>fellowsj@gtlaw.com<br>Kimberly A. Warshawsky, admitted *pro hac vice*<br>warshawskyk@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016<br>Telephone: (602) 445-8000<br>Telecopier: (602) 445-8100<br><br>Douglas R. McSwane, Jr.<br>State Bar No 1381300<br>E. Glenn Thames, Jr.<br>State Bar No. 00785097<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P. O. Box 359<br>Tyler, Texas  75710<br>(903) 597 8311<br>(903) 593 0846 (Facsimile)<br>dougmcswane@potterminton.com<br><br>COUNSEL FOR PLAINTIFF | _/s/ Brett C. Govett_<br>Brett C. Govett<br>Texas Bar No.  08235900<br>Karl G. Dial<br>Texas Bar No.  05800400<br>Kirby B. Drake<br>Texas Bar No.  24036502<br>Dustin Mauck<br>Texas Bar No.  24046373<br><br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201-2784<br>Telephone:  (214) 855-8000<br>Facsimile:  (214) 855-8200<br>Email:  bgovett@fulbright.com<br>Email:  kdial@fulbright.com<br>Email:  kdrake@fulbright.com<br>Email:  dmauck@fulbright.com<br><br>George W. Jordan III<br>Texas Bar No.  00796850<br>FULBRIGHT & JAWORSKI L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone:  (713) 651-5151<br>Facsimile:  (713) 651-5246<br>Email:  gjordan@fulbright.com<br><br>Otis Carroll<br>Deborah J. Race<br>Ireland, Carroll & Kelley, PC<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>903-561-1600<br>903-581-1071 fax<br>fedserv@icklaw.com<br><br>COUNSEL FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 10th day of May, 2010.

            */s/ Brett C. Govett*
            Brett C. Govett