**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  6:08-CV-59 |
| | § | |
| ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC., | § § § § § | |
| Defendants. | § § | |

**FRE 902(11) NOTICE OF INTENT TO OFFER
CERTIFICATION AND RECORDS OF ADVANCED BEVERAGE SOLUTIONS**

Pursuant to FRE 902(11), Defendants provide notice to all parties of their intent to offer the Certification of Records (and attached records) of Advanced Beverage Solutions executed on July 12, 2010.  The sworn certification together with the documents were served on all parties on July 14, 2010.

Dated: July 14, 2010  Respectfully submitted,

        */s/ Brett C. Govett*
        Brett C. Govett
        Texas Bar No. 08235900
        **Lead Attorney**
        George W. Jordan III
        Texas Bar No. 00796850
        Kirby B. Drake
        Texas Bar No. 24036502
        Dustin Mauck
        Texas Bar No. 24046373

        FULBRIGHT & JAWORSKI L.L.P.
        2200 Ross Avenue, Suite 2800
        Dallas, TX 75201-2784
        Telephone: (214) 855-8000
        Facsimile: (214) 855-8200
        Email: bgovett@fulbright.com
        Email: gjordan@fulbright.com
        Email: kdrake@fulbright.com
        Email: dmauck@fulbright.com

        **Counsel for Defendants**
        **ITT CORPORATION and RULE**
        **INDUSTRIES, INC.**

## **CERTIFICATE OF SERVICE**

    I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(A)(3) on July 14, 2010.

        */s/ Brett C. Govett*
        Brett C. Govett