IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STA-RITE INDUSTRIES, LLC § <br> F/K/A/ SHURFLO, LLC § <br> F/K/A SHURFLO PUMP § <br> MANUFACTURING COMPANY § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> ITT CORPORATION, ITT § <br> INDUSTRIES, FLOJET § <br> CORPORATION, ITT JABSCO, INC., § <br> RULE INDUSTRIES, INC. § <br> § <br> Defendants. § | Civil Action No. 6:08-CV-59 <br><br> JURY TRIAL DEMANDED |

### DEFENDANTS ITT CORPORATION AND RULE INDUSTRIES, INC.'S AMENDED SECTION 282 NOTICE

Pursuant to 35 U.S.C. § 282, Defendants ITT Corporation and Rule Industries, Inc. (collectively "Defendants") give amended notice of the patents and other publications that may be relied upon at trial for anticipation or showing the state of the art and notice of the prior inventors and others having prior knowledge of or as having previously used or offered for sale the alleged inventions of the patents-in-suit.

### PATENT REFERENCES

| Patent Number | Publication Date (Filing Date) | Patentee |
|---|---|---|
| U.S. Patent No. 5,791,882 | 4/25/96 | Stucker (Shurflo Pump Manufacturing Company) |
| U.S. Pat. App. No. 08/638,966 | 4/25/96 | Stucker (Shurflo Pump Manufacturing Company) |
| Korean Patent App. No. 8552/1996 | 3/27/96 | Stucker (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 6,048,183 | 2/6/98 | Meza (Shurflo Pump Manufacturing Company) |
| U.S. Pat. App. No. 09/020,208 | 02/6/98 | Meza (Shurflo Pump |

| Patent Number | Publication Date (Filing Date) | Patentee |
|---|---|---|
| | | Manufacturing Company) |
| U.S. Patent No. 4,610,605 | 6/25/85 | Hartley I (Product Research and Development) |
| U.S. Patent No. 6,050,662 | 4/22/98 | Filipek (Shurflo Pump Manufacturing Company) |
| U.S. Pat. App. No. 09/064321 | 04/22/98 | Filipek (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 4,747,495 | 1/20/87 | Hoss (Chrysler Motors Corporation) |
| U.S. Patent No. 5,795,005 | 11/12/96 | Garfias (Prince Corporation) |
| U.S. Patent No. 5,080,240 | 12/12/90 | Williams |
| U.S. Patent No. 6,305,767 | 3/9/00 | Filipek (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 7,225,936 | 2/4/04 | Jersey (Shurflo Pump Manufacturing Company) |
| U.S. Pat. App. No. 10/773,110 | 2/4/04 | Jersey (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 5,833,437 | 7/2/96 | Kurth (Shurflo Pump Manufacturing Company) |
| Pat. App. No. 08/674,428 | 7/2/96 | Kurth (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 3,464,358 | 8/17/67 | Lind |
| U.S. Patent No. 3,748,066 | 12/13/71 | Sully (Paddle Pumps Incorporated) |
| U.S. Patent No. 3,861,831 | 12/3/73 | Rule (Rule Industries, Inc.) |
| German Patent 27 43 112 | 9/24/77 | Blum |
| German Patent 23 08 369 | 2/21/73 | Schweinfurter |
| French Patent 1535864 | 4/11/67 | Anstalt |
| European Patent 0328075 | 2/8/89 | Kobayashi et al. (Ebara Corporation) |
| British Patent 895,256 | 12/30/59 | Hallerback |
| U.S. Patent No. 6,834,768 | 8/1/02 | Jersey (Shurflo Pump Manufacturing Company) |
| U.S. Patent No. 5,649,812 | 3/4/96 | Schoenmeyr et al. (Aquatec Water Systems, Inc.) |
| U.S. Pat. App. No. 08/447,994 | 5/23/95 | Schoenmeyr et al. (Aquatec Water Systems, Inc.) |
| U.S. Patent No. 4,086,036 | 5/17/76 | Hagen et al. (Cole-Parmer Instrument Company) |
| U.S. Patent No. 4,247,133 | 7/20/79 | Moller (Wabco Steuerungstechnik GmbH & Co.) |
| U.S. Patent No. 4,483,365 | 7/27/82 | Fallon (Louis G. Basso, Jr.) |

| Patent Number | Publication Date (Filing Date) | Patentee |
|---|---|---|
| European Patent Publication No. 0085588 (including certified translation) | 1/12/83 | Poitier (Wabco Steuerungstechnik GmbH & Co.) |
| U.S. Patent No. 5,647,491 | 2/15/95 | Foster et al. (Hill-Rom Company) |
| U.S. Patent No. 4,441,684 | 11/25/81 | Credle (The Coca-Cola Company) |
| U.S. Patent No. 5,540,556 | 6/1/94 | Du |
| U.S. Patent No. 4,153,391 | 8/31/77 | Hartley II (Carr-Griff, Inc.) |
| U.S. Patent No. 4,643,335 | 4/4/85 | Carnisio |

## NON-PATENT PUBLICATIONS

| Publication Title | Date | Page Numbers |
|---|---|---|
| *Pump Handbook*, 3rd Edition, Igor Karassik et al, McGraw-Hill | 2000 | 3.10, 3.88 |
| Centrifugal Pump Standards, Hydraulic Institute, ANSI/HI | 2000 | 1-60 |
| Reciprocating Pump Standards, Hydraulic Institute, ANSI/HI | 2000 | 1-62 |
| Theory of Plates by Stephen Timoshenko et al, McGraw-Hill | 1959 | 58-63 |
| General Pump Standards, Hydraulic Institute, ANSI/HI | 2000 | 1-62 |
| Mark's Standard Handbook for Mechanical Engineers, 8th Edition, T. Baumeister, E. Avallone and T. Baumeister III, McGraw-Hill | 1978 | 14.2-14.41 |
| *Centrifugal Pumps – Design and Application*, 2nd Edition by V.S. Lobonoff and Robert R. Ross, Butterworth-Heinemann | 1992 | 1-27 |
| *Handbook of Engineering Mechanics*, 1966 Ed. Ripperger et al, Mcgraw-Hill. | 1966 | 39-24 through 39-33 |
| "The New SHURflo Rack as easy as 1,2,3," SHURflo Pump Manufacturing Co. | 2001 | 1 |
| *Injection Molding Handbook*, 3rd Edition, Dominick V. Rosato et. al, Kluwer Academic Publishers | October 2000 | 439-453 |
| "Fountain and Draught Exhibitors Were Pouring it on Pretty Thick at InterBev 2000," Beverage World, vol. 120. | Jan. 15, 2001 | 98 |

## DIAPHRAGM PUMP-RELATED DOCUMENTS

| Document | Date | Page Numbers |
|---|---|---|
| Par-Max3 Par-Max4 Automatic Multi-Outlet Water System Pumps; Rev. 4 | April 1994 | ITT0004155-58 |
| Par Max3 Par Max4 Automatic Multi-Outlet Water System Pumps | April 1994 | ITT0004159-63 |
| Jabsco ParMax Series |  | ITT0004164 |

| Document | Date | Page Numbers |
|---|---|---|
| Replacement Parts Par-Max & Centri-Max |  | ITT0004165 |
| Par-Max3 Par-Max4 Automatic Multi-Outlet Water System Pumps | July 2000 | ITT0004166-69 |
| SHURflo valve assembly replacement | 10/11/01 | ITT0004183-85 |
| Par Max 3 - CE 3 GPM Diaphragm Pump Schematic | 10/20/03 | ITT0008878 |
| Housing, Valve drawing | 12/23/93 | ITT0008879 |
| Housing, Valve drawing | 12/23/93 | ITT0069374 |
| Flapper, Intake drawing | 10/26/92 | ITT0008880 |
| Flapper, Intake drawing | 10/26/92 | ITT0069375 |
| Bill of materials |  | ITT0069383-84 |
| Bill of Materials – valve chamber |  | ITT0069376-78 |
| Drawing |  | ITT0069382 |
| West Marine 1998 Powerboat Master Catalog | 1998 | SHUR008451, SHUR008789 (SHUR008451-SHUR009110) |
| West Marine 1999 Power Master Catalog | 1999 | SHUR009807, SHUR010147 (SHUR009807-SHUR010459) |
| West Marine 2000 Catalog | 2000 | SHUR011041, SHUR011474, SHUR011467 (SHUR011041-SHUR011938) |
| West Marine 2001 Catalog | 2001 | SHUR007436, SHUR007954 (SHUR007436-SHUR008450) |
| West Marine 2002 Master Catalog | 2002 | SHUR017910, SHUR018404 (SHUR017910-SHUR018989) |
| West Marine 1995 Catalog | 1995 | 804 (ITT0069951-69952) |
| West Marine 1996 Catalog | 1996 | 771 (ITT0069953-69954) |
| ITT Jabsco Marine Catalog '94 | 1994 | 7 (ITT0069976-69978) |
| ITT Jabsco Marine Catalog '95 | 1995 | 8 (ITT0069979-69981) |
| ITT Jabsco Marine Catalog '96 | 1996 | 8 (ITT0069982-69983) |
| ITT Jabsco Marine Catalog '97 | 1997 | 8 (ITT0069984-69985) |

| Document | Date | Page Numbers |
|---|---|---|
| ITT Jabsco Marine Catalog '98 | 1998 | 10 (ITT0069986-69987) |
| ITT Jabsco Marine Trade Catalog '99 | 1999 | 8 (ITT0069988-69989) |

## LIVEWELL/BILGE PUMP-RELATED DOCUMENTS

| Document | Date | Page Numbers |
|---|---|---|
| 1990 Mayfair Catalog | 1990 | ITT0004052-67 |
| West Marine 1992 Master Catalog | 1992 | ITT00069314-16 |
| Fax from Johnson to Loarie | 3/16/93 | JOHNSON1-5 |
| Mayfair product information sheet | 1987 | JP-0000041-43 |
| Mayfair molded products catalog | 1989 | JP-0000044-46 |
| Mayfair commercial sheet | 1990 | JP-0000047-51 |
| Mayfair data sheet | 1991 | JP-0000052-54 |
| Mayfair data sheet | 1992 | JP-0000055-58 |
| Mayfair commercial sheet | 1995 | JP-0000059-62 |
| West Marine 1995 Catalog | 1995 | 791 (ITT0069990-69992) |

## BRACKET-RELATED DOCUMENTS

| Document | Date | Page Numbers |
|---|---|---|
| Letter to Providence Enterprise Ltd. | 6/5/97 | ITT0015999-16003 |
| Letter to Coca-Cola Fountain | 12/9/96 | SHUR000796-98 |
| Drawings attached to SHURflo purchase requisition | 4/30/96 | SHUR000805-820 |
| Flojet Pumps & Accessories for Coca-Cola Co. | 6/96 | ITT0069630-69631; ITT0003044-45 |
| Flojet Pumps & Accessories for Pepsi | 6/96 | ITT0069628-69629; ITT0003046-47 |
| Sub/Assy Bracket schematic | 11/4/94 | ITT0015944 |
| Comestible Fluid Rack and Rail Apparatus invoice summary spreadsheet | | SHUR004491-SHUR004613 |
| SHURflo memo re Plastic Mounting Brackets | 10/18/99 | SHUR000579-SHUR000581 |
| SHURflo memo re Plastic Mounting Brackets | 10/18/99 | SHUR000595 |
| SHURflo Snap-Fit Base Plate & Track System for Gas Pumps | | SHUR000625-SHUR000626 |
| SHURflo Accessories | | SHUR000668 |
| SHURflo sales orders | | SHUR001759-SHUR001803 |
| SHURflo Snap Fit Baseplate 21-957-XX drawing | 10/28/99 | SHUR000485 |
| Coca-Cola USA Specification for Generic/Redline B-I- | 02/10/92 | ITT0018068- |

| B Rack (Rev. A), Specification No. GRBRS | | ITT0018094 |
|---|---|---|

**PERSONS WHO MAY BE RELIED UPON**

| Name | Address |
|---|---|
| Christopher Austin | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Scott Batchelder | Newbury, Massachusetts<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Jon Byrd | c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Jerry Caldwell | Corona, CA<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas  75201 |
| Michael Collins | c/o Christopher Fahy<br>K&L Gates<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602-4207 |
| William Chung | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Thang Dang | Huntington Beach, CA<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Gerald Fellows | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue |

| Name | Address |
|---|---|
|  | PO Box 677<br>Florham Park, NJ 07932 |
| John Fong | c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Tom Hardesty | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Jim Jackson | Austin, TX<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Steve Jersey | Laguna Nigel, CA<br><br>c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Russell Johnson | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Humberto Meza | Tustin, CA<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Jay Naval | San Juan Capistrano, CA<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| William Pack | c/o Christopher Fahy<br>K&L Gates<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602-4207 |

| Name | Address |
| --- | --- |
| Carmen Regalado | c/o Christopher Fahy<br>K&L Gates<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602-4207 |
| Michael Saveliev | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |
| Steve Tilders | Nashua, New Hampshire<br><br>c/o Brett Govett<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201 |
| Frank Uxa | c/o Michael A. Nicodema<br>Greenberg Traurig, L.L.P.<br>200 Park Avenue<br>PO Box 677<br>Florham Park, NJ 07932 |

        Respectfully submitted this 22nd day of July, 2010,

/s/ *Brett C. Govett*
Brett C. Govett
Texas Bar No. 08235900
**Lead Attorney**
George W. Jordan, III
Texas Bar No. 00796850
Kirby B. Drake
Texas Bar No. 24036502
Dustin Mauck
Texas Bar No. 24046373

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bgovett@fulbright.com
Email: gjordan@fulbright.com
Email: kdrake@fulbright.com
Email: dmauck@fulbright.com

**COUNSEL FOR DEFENDANTS ITT CORPORATION and RULE INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(A)(3) on July 22, 2010.

*/s/ Brett C. Govett*
Brett C. Govett