IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| STA-RITE INDUSTRIES, LLC | § | |
|---|---|---|
| F/K/A SHURFLO, LLC | § | |
| F/K/A SHURFLO PUMP | § | CAUSE NO. 6:08CV59 |
| MANUFACTURING COMPANY | § | |
| | § | |
| VS. | § | JURY TRIAL DEMANDED |
| | § | |
| ITT CORPORATION, | § | |
| ITT INDUSTRIES, | § | |
| FLOJET CORPORATION, | § | |
| ITT JABSCO, INC., AND | § | |
| RULE INDUSTRIES, INC. | § | |

## **DEFENDANTS' SECOND AMENDED TRIAL WITNESS LIST**

Defendants, pursuant to the Court's Amended Docket Control Order, Ct. Dkt. # 209, entered in this case, file this Second Amended Trial Witness List for identification and categorization of trial witnesses.

At this time, Defendants identify the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1 | Anthony Barber | | | X |
| 2 | Scott Batchelder | | | X |
| 3 | Stephen Becker | X | | |
| 4 | Jim Burrill | | | X |
| 5 | Jon Byrd | | | X |
| 6 | Jerry Caldwell | X | | |
| 7 | William Chung | X | | |
| 8 | Michael Collins | | | X |
| 9 | Thang Dang | X | | |
| 10 | Rocio Echeverria | | | X |
| 11 | Gerald Fellows | | | X |
| 12 | Tom Hardesty | | X | |

80853760.1

|    | **WITNESS**        | **(A) WILL CALL** | **(B) MAY CALL** | **(C) MAY, BUT PROBABLY WILL NOT CALL** |
|----|--------------------|-------------------|------------------|------------------------------------------|
| 13 | Jim Jackson        | X                 |                  |                                          |
| 14 | Steve Jersey       | X                 |                  |                                          |
| 15 | Russ Johnson       |                   |                  | X                                        |
| 16 | Nick Kendall-Jones |                   | X                |                                          |
| 17 | Jay Naval          | X                 |                  |                                          |
| 18 | Michael Saveliev   |                   | X                |                                          |
| 19 | Jeff Schopperle    |                   |                  | X                                        |
| 20 | Ryan Sessler       |                   |                  | X                                        |
| 21 | Steve Tilders      |                   | X                |                                          |
| 22 | Peter Van Winkle   |                   | X                |                                          |
| 23 | Hal Watson         | X                 |                  |                                          |

Dated: August 2, 2010

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Brett C. Govett*
Brett C. Govett
Texas Bar No. 08235900
**Lead Attorney**
George W. Jordan III
Texas Bar No. 00796850
Dustin Mauck
Texas Bar No. 24046373

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bgovett@fulbright.com
Email: gjordan@fulbright.com
Email: dmauck@fulbright.com

COUNSEL FOR DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS ITT CORPORATION AND RULE INDUSTRIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 2nd day of August, 2010.

*/s/ Brett C. Govett*
Brett C. Govett

3

80853760.1