# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A/ SHURFLO PUMP MANUFACTURING COMPANY, §§§§§ | |
| Plaintiff, § | |
| § | **Civil Action No. 6:08-cv-59** |
| v. §§ | |
| ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC., §§§§§§ | |
| Defendants. §§ | |

## STA-RITE INDUSTRIES, LLC'S OBJECTIONS TO
## <u>DEFENDANTS' TRIAL EXHIBITS</u>

| Exhibit No. | Production No. | Title | Objections |
|---|---|---|---|
| 1 | ITT0004696-ITT0004708 | U.S. Patent No. 5,791,882 | No objection |
| 2 | ITT0003536 - ITT0003677 | U.S. Patent No. 5,791,882 File History | No objection |
| 3 | ITT0030489 - ITT0030498 | U.S. Patent No. 6,048,183 | No objection |
| 4 | SHUR001350-SHUR001427 | U.S. Patent No. 6,048,183 File History | No objection |
| 5 | UXA000083 - UXA000095 | U.S. Patent No. 5,833,437 | No objection |
| 6 | ITT0003080 - ITT0003271 | U.S. Patent No. 5,833,437 File History | No objection |
| 7 | ITT0001626 - ITT0001634 | U.S. Patent No. 6,050,662 | No objection |
| 8 | ITT0003431 - ITT0003535 | U.S. Patent No. 6,050,662 File History | No objection |
| 9 | ITT0007679 - | U.S. Patent No. 6,305,767 | No objection |

| | ITT0007688 | | |
|---|---|---|---|
| 10 | ITT0003767 - ITT0003883 | U.S. Patent No. 6,305,767 File History | No objection |
| 11 | MB000933 - MB000951 | U.S. Patent No. 7,225,936 | No objection |
| 12 | ITT0003884 - ITT0004024 | U.S. Patent No. 7,225,936 File History | No objection |
| 13 | | Flojet Pump Model 3526-144A | No objection |
| 14 | | Jabsco Pump Model 31395-3000 | No objection |
| 15 | | Jabsco Pump Model 31395-8000 | No objection |
| 16 | | Jabsco Pump Model 32605 | No objection |
| 17 | | Jabsco Pump Model 32605-0092 | No objection |
| 18 | | Flojet Model 20982-100 Universal Bracket | No objection |
| 19 | | Flojet G5 Series | No objection |
| 20 | | Flojet N5000 | No objection |
| 21 | | Flojet three-pump mounting bracket | No objection |
| 22 | | SHURflo universal modular board | No objection |
| 23 | | SHURflo heavy-duty advantage pump | No objection |
| 24 | | Flojet Slider Bracket | No objection |
| 25 | | Rule Livewell/Baitwell Pump 401FC | No objection |
| 26 | | Rule Livewell/Baitwell Pump 403FC | No objection |
| 27 | | Rule Livewell/Baitwell Pump 405FC | No objection |
| 28 | | Rule Livewell/Baitwell Pump 401 STC | No objection |
| 29 | | Rule Livewell/Baitwell Pump 403STC | No objection |
| 30 | | Rule Livewell/Baitwell Pump 405STC | No objection |
| 31 | | Plaintiff Sta-Rite Industries, LLC's Objections and Responses to Defendant ITT Corporation's Second Set of Interrogatories | Lack of foundation; Relevance under Rules 402 and 403 |
| 32 | | Shurflo's Initial Disclosures | Lack of foundation; Relevance under Rules 402 |

| | | | and 403; Hearsay under Rules 801 and 802 under Rules 801 and 802 |
|---|---|---|---|
| 33 | | Shurflo's Objections and Responses to Defendant ITT Corporation's First Set of Interrogatories | Lack of foundation; Relevance under Rules 402 and 403 |
| 34 | | Shurflo's Objections and Responses to Defendant ITT Corporation's First Set of Requests for Admission | Lack of foundation; Relevance under Rules 402 and 403 |
| 35 | ITT0004170 - ITT0004178 | U.S. Patent No. 4,086,036 (Hagen) | Relevance under Rules 402 and 403 |
| 36 | ITT0004416 - ITT0004425 | U.S. Patent No. 4,153,391 (Hartley) | Relevance under Rules 402 and 403 |
| 37 | ITT0000826 - ITT0000829 | U.S. Patent No. 4,247,133 (Moller) | Relevance under Rules 402 and 403 |
| 38 | ITT0001296 - ITT0001303 | U.S. Patent No. 4,441,684 (Credle) | Relevance under Rules 402 and 403 |
| 39 | ITT0000836 - ITT0000842 | U.S. Patent No. 4,483,365 (Fallon) | Relevance under Rules 402 and 403 |
| 40 | ITT0000195 - ITT0000203 | U.S. Patent No. 4,610,605 (Hartley) | Relevance under Rules 402 and 403 |
| 41 | ITT0000356 - ITT0000367 | U.S. Patent No. 5,649,812 (Schoenmeyr) | Relevance under Rules 402 and 403 |
| 42 | ITT0008663 - ITT0008667 | U.S. Patent No. 5,527,289 (Foster) | Relevance under Rules 402 and 403 |
| 43 | ITT0003058 - ITT0003067 | European Patent Application 0 085 588 (Poitier) | Relevance under Rules 402 and 403 |
| 44 | ITT0003048 - ITT0003057 | European Patent Application 0 085 588 (Poitier) English Translation | Relevance under Rules 402 and 403 |
| 45 | | Prior art Parmax Pump | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 46 | | Mayfair Basspirator Pump | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 47 | | Mayfair 1987 Catalog | This was not produced in discovery. Hearsay under Rules 801 and 802 |
| 48 | | Mayfair 1988 Catalog | This was not produced in discovery. Hearsay under Rules 801 and 802 |
| 49 | | Mayfair 1989 Catalog | This was not produced in |

| | | | discovery.  Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 50 | ITT0004052 - ITT0004067 | Mayfair 1990 Catalog | Hearsay under Rules 801 and 802 |
| 51 | | Mayfair 1990 catalog | This was not produced in discovery.  Hearsay under Rules 801 and 802 |
| 52 | | Mayfair 1991 Catalog | This was not produced in discovery.  Hearsay under Rules 801 and 802 |
| 53 | | Mayfair 1992 Catalog | This was not produced in discovery.  Hearsay under Rules 801 and 802 |
| 54 | ITT0004036 - ITT0004051 | Mayfair 1995 Catalog | Hearsay under Rules 801 and 802 |
| 55 | | Mayfair 1995 Catalog | Hearsay under Rules 801 and 802 |
| 56 | | Mayfair livewell systems/kits | Hearsay under Rules 801 and 802 |
| 57 | | Mayfair schematics | Hearsay under Rules 801 and 802 |
| 58 | | Johnson Pump marine catalogue 2010 | Hearsay under Rules 801 and 802 |
| 59 | | Johnson Pumps production work orders | Hearsay under Rules 801 and 802 |
| 60 | | Johnson Pumps production work orders | Hearsay under Rules 801 and 802 |
| 61 | | Johnson Pumps production work orders | Hearsay under Rules 801 and 802 |
| 62 | | Schematics - Housin, Valve; Parmax | Hearsay under Rules 801 and 802 |
| 63 | | Diaphragm Schematic | No objection |
| 64 | ITT0008879 | Housing Valve Schematics | No objection |
| 65 | ITT0069374 | Housing Valve Schematics | No objection |
| 66 | ITT0008878 | Par Max 3 - CE 3 GPM Diaphragm Pump Schematics | No objection |
| 67 | ITT0008880 | Flapper Intake Schematic | No objection |
| 68 | ITT0069375 | Flapper Intake Schematic | No objection |
| 69 | | Flapper intake schematic | No objection |
| 70 | ITT0069468 - ITT0069469 | Schematic | No objection |
| 71 | ITT0069473 | 32605-00921 Drawing | No objection |
| 72 | ITT0069382 | Drawing | No objection |
| 73 | ITT0069450 | Inlet check valve vs check valve chamber | No objection |

| 74 | ITT0004155 - ITT0004158 | Par-Max3 and Par-Max4 Automatic Multi-Outlet Water System Pumps; Rev. 4/94 | No objection |
| 75 | ITT0015284 - ITT0015292 | RV/Marine Triplex Pump Project Gate 4 Review | No objection |
| 76 | ITT0015115 | Risk assessment Tri-Plex AG pump Gate 4 | No objection |
| 77 | ITT0015034 - ITT0015037 | Executive Summary Report | Hearsay under Rules 801 and 802 |
| 78 | ITT0015176 - ITT0015177 | Executive Summary Report: 3 piston RV | Hearsay under Rules 801 and 802 |
| 79 | ITT0015195 - ITT0015196 | Executive Summary Report: 3 piston RV/Marine 2.8 gpm water system pump | Hearsay under Rules 801 and 802 |
| 80 | ITT0022786 - ITT0022789 | Executive Summary Report: Triplex | Hearsay under Rules 801 and 802 |
| 81 | ITT0029282 - ITT029283 | Meeting minutes Triplex high pressure/ booster system | Hearsay under Rules 801 and 802 |
| 82 | ITT0015038 - ITT0015049 | Investment Analysis Low-cost pump | Hearsay under Rules 801 and 802 |
| 83 | ITT0029016 - ITT0029025 | Technical Correspondence - Design Considerations for Diaphragms | Hearsay under Rules 801 and 802 |
| 84 | ITT0015186 - ITT0015188 | Flojet project parameters/design input form - Three piston RV pump | No objection |
| 85 | ITT0056126 - ITT0056161 | Product Road Map Diaphragm | Hearsay under Rules 801 and 802 |
| 86 | ITT0041368 - ITT0041469 | Sales and Technical Review | Hearsay under Rules 801 and 802 |
| 87 | ITT0036740 - ITT0036827 | 2007 After Market Product Overview | Hearsay under Rules 801 and 802 |
| 88 | ITT0036828 - ITT0036856 | 2007 Sales and Technical Review | Hearsay under Rules 801 and 802 |
| 89 | ITT0036988 - ITT0037093 | 2008 Sales & Technical Presentation | Hearsay under Rules 801 and 802 |
| 90 | ITT0050158 - ITT0050264 | 2008 Sales & Technical Presentation | Hearsay under Rules 801 and 802 |
| 91 | ITT0063603 | RV OEM opportunities | Hearsay under Rules 801 and 802 |
| 92 | ITT0008884 - ITT0008922 | Jabsco Worldwide Marine Products powerpoint | Hearsay under Rules 801 and 802 |
| 93 | ITT0015222 - ITT0015226 | Project Appropriation Request | No objection |
| 94 | ITT0015178 - ITT0015185 | RV Marine Triplex Pump Project | Hearsay under Rules 801 and 802 |

| 95 | ITT0029040 - ITT0029044 | The Diaphragm Project Experiment Plan | Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 96 | ITT0029048 - ITT0029052 | The Diaphragm Project Experiment Plan | Hearsay under Rules 801 and 802 |
| 97 | ITT0015138 - ITT0015151 | Triplex - FIMCO PowerPoint | No objection |
| 98 | | Triplex Diaphragm 3426/3526/3626 Series Automatic Water System Pump | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the content of this Exhibit. |
| 99 | ITT0015070 - ITT0015078 | AG Market (Fimco Pump) Triplex Pump Project | Hearsay under Rules 801 and 802 |
| 100 | ITT0064319 - ITT0064320 | Triplex, Shurflo and Aquatec Comparison | Hearsay under Rules 801 and 802 |
| 101 | ITT0015322 - ITT0015323 | Flojet Triplex Model 03526 Datasheet | Hearsay under Rules 801 and 802 |
| 102 | ITT0053218 - ITT0053247 | IBBI 04 Jabsco/Flojet water pressure systems | No objection |
| 103 | ITT0048443 - ITT0048446 | Jabsco 31295/31395 Automatic Water System Pump | No objection |
| 104 | ITT0018003 - ITT0018004 | Jabsco 4.0 Washdown Pump Kit | No objection |
| 105 | ITT0048475 - ITT0048478 | Jabsco Washdown - 32605/32900 Series datasheet | No objection |
| 106 | ITT0042061 - ITT0042066 | JWW 2004 Summary | No objection |
| 107 | ITT0067920 - ITT0067926 | Performance test with Nozzle | No objection |
| 108 | ITT0029278 | Life test for booster and high pressure Triplex pumps | No objection |
| 109 | ITT0068287 - ITT0068288 | Email re: Triplex testing | No objection |
| 110 | ITT0063747 - ITT0063748 | Email re: Triplex testing | No objection |
| 111 | ITT0069376 - ITT0069379 | Bill of Material Valve Chamber Sub- Assy Nitrile | No objection |
| 112 | ITT0069625 | Bill of material - diaphragm | Hearsay under Rules 801 and 802 |
| 113 | ITT0069906 - ITT0069907 | Santoprene Rubber 27 1-73 data | Hearsay under Rules 801 and 802 |
| 114 | ITT0069909 - ITT0069912 | Technical Correspondence - Compression Set and Elastic Recovery with Santoprene Thermoplastic Rubber | Hearsay under Rules 801 and 802 |
| 115 | ITT0069371 | ITT Sales Information | No objection |

| 116 | ITT0069372 | ITT Sales Information | No objection |
|---|---|---|---|
| 117 | ITT0069340 | ITT Sales Information | No objection |
| 118 | ITT0064880 | Email re: Crocwatch update | No objection |
| 119 | ITT0064153 | Email re: diaphragm pump noise comparisons | No objection |
| 120 | ITT0063858 | Email re: 5 piston VSD flow curves | No objection |
| 121 | ITT0028251 | Email re: Field Adjustable Pressure Switch | No objection |
| 122 | ITT0029298 | Email re: Freezing Switch Problem on Duplex II Series Pump | Hearsay under Rules 801 and 802 |
| 123 | ITT0062932 - ITT0062933 | Email re: new letter from Shurflo on the Triplex pump | No objection |
| 124 | ITT0063592 | Email re: Reply to 17p doc | No objection |
| 125 | ITT0063640 | Email re: reply to 17p doc | Hearsay under Rules 801 and 802 |
| 126 | ITT0027595 - ITT0027598 | Email re: Sealed lower housing for Duplex II | No objection |
| 127 | ITT0063750 | Email re: Shurflo 3900 | No objection |
| 128 | ITT0063746 | Email re: Shurflo 3900 | No objection |
| 129 | ITT0063906 - ITT0063908 | Email re: Shurflo booster system | No objection |
| 130 | ITT0029039 - ITT0029044 | Email re: Status report for the diaphragm project | No objection |
| 131 | ITT0024158 | Email re: Tear Downs of Shurflo Pumps | No objection |
| 132 | ITT0015014 | Email re: Triplex Washdown/VSD | No objection |
| 133 | ITT0063594 - ITT0063595 | Letter from ITT to customers (9/19/05) | No objection |
| 134 | | ITT Magazine | Hearsay under Rules 801 and 802 |
| 135 | | U.S. Patent No. 7,013,793 | No objection |
| 136 | | Dang degree | Hearsay under Rules 801 and 802 |
| 137 | ITT0018115 - ITT0018131 | Product Comparison Quick-Sheet | No objection |
| 138 | | 31295/31395 - Series Automatic Water System Pump | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the content of this Exhibit. |
| 139 | SHUR004361 - SHUR004379 | Extreme Series - Business Plan | No objection |
| 140 | SHUR023623 | Email re: Jabsco 3 Chamber | No objection |

| | | Pump | |
|-----|-------------------------------|-----------------------------------------------------------------------------------------------|--------------------------------------|
| 141 | SHUR004452 - SHUR004453 | High efficiency diaphragm pump missing sales | No objection |
| 142 | SHUR004349 - SHUR004360 | High Flow Pump Business Plan | No objection |
| 143 | SHUR022902 | Memo re: Patent Meeting (7/16/99) | No objection |
| 144 | SHUR003649 | Provisional Patent Application | No objection |
| 145 | SHUR001075 - SHUR001078 | Flojet and Jabsco product evaluation | No objection |
| 146 | SHUR001079 - SHUR001082 | Dimensional evaluation of Shurflo and Flojet valve assembly; dimensional evaluation of Flojet diaphragm | No objection |
| 147 | ITT0059212 - ITT0059262 | Strategy Presentation | Hearsay under Rules 801 and 802 |
| 148 | ITT0016148 - ITT0016183 | Cartridge Livewell Pump Gate-2 | No objection |
| 149 | ITT0016225 - ITT0016240 | Cartridge Livewell Pump Gate-3 | No objection |
| 150 | ITT0016245 - ITT0016282 | Cartridge Livewell Pump Gate-4 | No objection |
| 151 | ITT0050283 - ITT0050300 | Tournament Series Livewell/Baitwell Pumps Gate 3 & 4 | No objection |
| 152 | ITT0050265 - ITT0050282 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | No objection |
| 153 | ITT0069908 | Rule Technical Bulletin - New 400 Series Modified Seacock Base | Hearsay under Rules 801 and 802 |
| 154 | ITT0016292 - ITT0016294 | New Cartridge Pump - product specifications | Hearsay under Rules 801 and 802 |
| 155 | ITT0055952 - ITT0055954 | Baitwell Pumps | Hearsay under Rules 801 and 802 |
| 156 | ITT0004087 - ITT0004088 | Rule Livewell/Baitwell Pumps Instruction Guide | Hearsay under Rules 801 and 802 |
| 157 | ITT0056248 - ITT0056297 | Rule Pumps & Switches | Hearsay under Rules 801 and 802 |
| 158 | ITT0056502 - ITT0056541 | Rule pumps & switches | No objection |
| 159 | ITT0017221 - ITT0017222 | Rule - New livewell/baitwell cartridge pumps | Hearsay under Rules 801 and 802 |
| 160 | ITT0017528 - ITT0017550 | Standard design validation test plan process and procedure overview | No objection |

| 161 | ITT0016568 - ITT0016570 | Cartridge Livewell Qualification Test Plan | Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 162 | ITT0016562 - ITT0016564 | Cartridge Livewell Qualification Test Plan v02 | Hearsay under Rules 801 and 802 |
| 163 | ITT0017825 - ITT0017861 | Report - DV1 Vibe Testing | No objection |
| 164 | ITT0017874 - ITT0017935 | Report - DV2 Life Testing | No objection |
| 165 | ITT0017396 - ITT0017428 | Generic Pump DV Test Overview v1 | Hearsay under Rules 801 and 802 |
| 166 | ITT0017501 - ITT0017527 | Generic Pump DV Test Overview v4 | Hearsay under Rules 801 and 802 |
| 167 | ITT0017862 - ITT0017873 | Report Summary - DV Torque Testing | No objection |
| 168 | ITT0017642 - ITT0017662 | Test Overview EP2 and 3 Design Validation Testing 08May2008 | Hearsay under Rules 801 and 802 |
| 169 | ITT0016325 - ITT0016326 | Record of design review - cartridge pump | No objection |
| 170 | ITT0016902 - ITT0016904 | Meeting Minutes - Cartridge pump weekly conference call | No objection |
| 171 | ITT0054573 - ITT0054578 | Memo re: OEM Report - Aug 2005 | No objection |
| 172 | ITT0054588 - ITT0054593 | Memo re: OEM Report - Feb 2006 | No objection |
| 173 | ITT0042252 - ITT0042296 | Submersible Pump Product Road Map | No objection |
| 174 | ITT0056386 - ITT0056430 | ROAD MAP Submersible Strategy Presentation | Hearsay under Rules 801 and 802 |
| 175 | ITT0049584 - ITT0049689 | 2007 Sales & Technical Presentation | Hearsay under Rules 801 and 802 |
| 176 | ITT0036857 - ITT0036945 | 2007 Technical Presentation | Hearsay under Rules 801 and 802 |
| 177 | ITT0055034 - ITT0055074 | Nick Hill May 2003 Powerpoint | Hearsay under Rules 801 and 802 |
| 178 | ITT0055955 - ITT0056038 | ITT January 2007 presentation | No objection |
| 179 | ITT0056436 - ITT0056501 | Rule Ops April Powerpoint | Hearsay under Rules 801 and 802 |
| 180 | ITT0042297 - ITT0042341 | ITT June 1, 2007 presentation | No objection |
| 181 | ITT0059635 - ITT0059687 | Tim Ristoff presentation | Hearsay under Rules 801 and 802 |
| 182 | ITT0017674 - ITT0017682 | Overview - update 08May2008 | No objection |
| 183 | ITT0016969 - | Cartridge pump action log | No objection |

| | ITT0016971 | | |
|---|---|---|---|
| 184 | ITT0016295 - ITT0016297 | Cartridge Pump model numbers | Hearsay under Rules 801 and 802 |
| 185 | ITT0016210 - ITT0016224 | New Cartridge Livewell Scorecard | Hearsay under Rules 801 and 802 |
| 186 | ITT0016133 - ITT0016147 | New Cartridge Pump Scorecard | Hearsay under Rules 801 and 802 |
| 187 | ITT0017119 | Letter from Dynacept Corp | No objection |
| 188 | ITT0017121 | Letter from Dynacept Corp | No objection |
| 189 | ITT0017093 - ITT0017097 | Project Appropriation Request | Hearsay under Rules 801 and 802 |
| 190 | ITT0017095 | Project Appropriation Request - New cartridge livewell pump | Hearsay under Rules 801 and 802 |
| 191 | ITT0017137 - ITT0017138 | Quotation from ProtoCAM | No objection |
| 192 | ITT0017808 | Item schematics | No objection |
| 193 | ITT0056246 - ITT0056247 | Model 209FDP Dual Port | Hearsay under Rules 801 and 802 |
| 194 | ITT0054218 - ITT0054224 | Memo re: Jabsco Marine Marketing Report | No objection |
| 195 | ITT0054210 - ITT0054217 | Memo re: Jabsco Marine Marketing Report | No objection |
| 196 | ITT0050760 - ITT0050762 | Memo re: Monthly report - April | No objection |
| 197 | ITT0069460 | ITT Supplemental Sales Data | No objection |
| 198 | ITT0069341 | ITT Sales Information | No objection |
| 199 | ITT0069369 | ITT Sales Information | No objection |
| 200 | ITT0069370 | ITT Sales Information | No objection |
| 201 | ITT0069459 | ITT Sales Data on Rule Non-infringing Substitutes | Hearsay under Rules 801 and 802 |
| 202 | ITT0069366 | FCS Sales | Hearsay under Rules 801 and 802 |
| 203 | ITT0054229 - ITT0054230 | Market Share | Hearsay under Rules 801 and 802 |
| 204 | ITT0069521 - ITT0069536 | U.S. Patent Application Publication 2007/0086903 | No objection |
| 205 | ITT0069314 - ITT0069316 | West Marine 1992 Master Catalog | Hearsay under Rules 801 and 802 |
| 206 | ITT0025731 - ITT0025736 | Freshwater Pumps - Powerboat Reports | Hearsay under Rules 801 and 802 |
| 207 | ITT0064031 - ITT0064034 | Email re: impellor analysis | Hearsay under Rules 801 and 802 |
| 208 | ITT0063248 - | Email re: VBPD - Q&A | Hearsay under Rules 801 and |

| | ITT0063255 | summary | 802 |
|---|---|---|---|
| 209 | ITT0068231 - ITT0068232 | Email re: alternative supplier | No objection |
| 210 | ITT0068186 - ITT0068189 | Email re: alternative supplier | No objection |
| 211 | ITT0065092- ITT0065096 | Email re: alternative supplier | No objection |
| 212 | ITT0065720 - ITT0065723 | Email re: Bridgepoint - Flojet vs Shurflo | No objection |
| 213 | ITT0063651 - ITT0063652 | Email re: opportunity knocks | No objection |
| 214 | ITT0063602 | Email re: RV Market Up-date | Hearsay under Rules 801 and 802 |
| 215 | ITT0066460 - ITT0066461 | Email re: Testing | Hearsay under Rules 801 and 802 |
| 216 | ITT0063900 | Email re: washdown pump line | No objection |
| 217 | ITT0068374 | Email re: washdown pump line | No objection |
| 218 | JOHNSON0021 - JOHNSON0025 | Product requirement document - centrifugal livewell pump series | No objection |
| 219 | SHUR003839 - SHUR003842 | Livewell/Mait Mag Drive Pump Quick Sheet | No objection |
| 220 | SHUR026900 | Process for Station F Magnetic Impeller Assembly | No objection |
| 221 | SHUR026901 | Process for Station G Magnetic Impeller/Motor Housing/Connector Housing Assembly | No objection |
| 222 | SHUR000116 - SHUR000118 | Pros and cons of centrifual livewell | Hearsay under Rules 801 and 802 |
| 223 | JOHNSON0038 - JOHNSON0042 | Model 1700 Assembly process flow chart | No objection |
| 224 | SHUR025070 - SHUR025079 | Model 1700 Assembly process flow chart | No objection |
| 225 | SHUR003698 - SHUR003702 | Bait Sentry datasheet | No objection |
| 226 | SHUR000066 - SHUR000067 | Calculations | No objection |
| 227 | SHUR000004 | Modular Livewell & Bilge Pump | No objection |
| 228 | SHUR000147 - SHUR000212 | Bilge Pump Drawings | No objection |
| 229 | SHUR000121 - SHUR000124 | Fax from Ken Peterson to Russ Johnson | No objection |
| 230 | JOHNSON0001 - | Fax from Russ Johnson to | No objection |

|  | JOHNSON0005 | Shurflo (3/16/93) |  |
|---|---|---|---|
| 231 | JOHNSON0006 - JOHNSON0008 | Memo re: need for a switchless pump | No objection |
| 232 | SHUR022288 - SHUR022292 | Engineering Lab Test Report (10/24/94) | No objection |
| 233 | SHUR000071 - SHUR000073 | Modular Bilge Pump Meeting Minutes 10/31/94 | No objection |
| 234 | SHUR000074 - SHUR000076 | Modular Bilge Pump Meeting Minutes 11/17/94 | No objection |
| 235 | SHUR0000081 - SHUR0000093 | Modular bilge pump model 1700 phase I review 12/6/94 | No objection |
| 236 | JOHNSON0009 | Agenda for Russ Johnson 12/19/94 | No objection |
| 237 | SHUR000121 - SHUR000124 | Fax to Russ Johnson re: agenda | No objection |
| 238 | SHUR024105 - SHUR024107 | Meeting Minutes - Concept Review 12/19/94 | No objection |
| 239 | SHUR000125 - SHUR000126 | Memo to John Loarie re: bilge pump/OCC lecture series | No objection |
| 240 | JOHNSON0013 | Bilge pump prototype update/review meeting minutes (2/23/9 5) | No objection |
| 241 | JOHNSON0014 - JOHNSON0018 | Bilge/bait pump prototype update/review meeting minutes (3/29/95) | No objection |
| 242 | JOHNSON0019 - JOHNSON0020 | Bilge/bait pump prototype update/review meeting minutes (6/16/95) | No objection |
| 243 | SHUR000094 - SHUR000096 | Bilge/bait pump prototype update/review meeting minutes (9/12/95) | No objection |
| 244 | SHUR022256 - SHUR022257 | Lab Test Report (4/19/96) | No objection |
| 245 | SHUR022151 - SHUR022156 | Model 1700 bilge pump project update meeting (6/5/96) | No objection |
| 246 | SHUR022112 - SHUR022215 | Model 1700 bilge/bait pump status review minutes (6/11/96) | No objection |
| 247 | JOHNSON0029 | Product features & benefits mag drive livewell pumps as of June 18, 1996 | No objection |
| 248 | SHUR003807 - SHUR003810 | Model 1700 bilge/bait pump status review minutes (7/9/96) | No objection |
| 249 | SHUR022060 | Model 1700 bilge/bait pump status review minutes (8/14/96) | No objection |
| 250 | SHUR003815 - SHUR003818 | Model 1700 bilge/bait pump status review minutes | No objection |

|  |  | (10/23/96) |  |
|---|---|---|---|
| 251 | SHUR003819 - SHUR003821 | Model 1700 bilge/bait pump status review minutes 11/5/96, 11/20/96, 12/9/96) | No objection |
| 252 | SHUR023517 - SHUR023527 | Investigation of first article history on bait/ bilge pump (2/19/98) | No objection |
| 253 | SHUR000257 - SHUR000266 | Capital Request Form: Requestor Ken Peterson/ Lloyd Golobay: Modular Bilge Pump/ Livewell Pump tools | No objection |
| 254 | SHUR025080 - SHUR0025089 | 1700 Bait Pump assembly process flow chart | No objection |
| 255 | ITT0015944 | Bracket schematic | No objection |
| 256 |  | Oversized drawing | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the content of this Exhibit. |
| 257 | ITT0015946 | Bracket schematics | No objection |
| 258 | ITT0015936 | Flojet bracket rackmount schematic | No objection |
| 259 | ITT0004035 | Flojet Universal Bracket Spec | No objection |
| 260 | ITT0004029 | Flojet Model 20982-100 Universal Bracket | No objection |
| 261 | ITT0003044 - ITT0003045 | Flojet Pumps & Accessories for Coca- Cola | No objection |
| 262 | ITT0016059 - ITT0016060 | Flojet Pumps & Accessories for Coca- Cola | No objection |
| 263 | ITT0069630 - ITT00169631 | Flojet Pumps & Accessories for Coca- Cola | Hearsay under Rules 801 and 802 |
| 264 | ITT0003046 - ITT0003047 | Flojet Pumps & Accessories for Pepsi F100-053 REV0896 | Hearsay under Rules 801 and 802 |
| 265 | ITT0069628 - ITT0069629 | Flojet Pumps & Accessories for Pepsi | Hearsay under Rules 801 and 802 |
| 266 | ITT0018109 - ITT0018114 | Pepsi bracket photos | No objection |
| 267 | ITT0069518 - ITT0069520 | Email re: Pepsi bracket for N5000 | No objection |
| 268 | ITT0016054 - ITT0016057 | Fax from Coca-Cola re: ECNFJ2501001 | Hearsay under Rules 801 and 802 |
| 269 | ITT0018068 - ITT0018094 | Letter from Coca-Cola to Profitmaster Displays | Hearsay under Rules 801 and 802 |
| 270 |  | Letter from SHURflo to Coca-Cola | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the |

| | | | content of this Exhibit. |
|---|---|---|---|
| 271 | ITT0069605 | Letter from Coca-Cola to ITT | Hearsay under Rules 801 and 802 |
| 272 | ITT0029469 | Letter from ITT to Coca-Cola | No objection |
| 273 | ITT0016119 | Fax from Shurflo to Flojet re: Coca- Cola universal modular board | No objection |
| 274 | ITT0015999 - ITT0016003 | Fax to Providence Enterprise | No objection |
| 275 | ITT0015950 - ITT0015953 | Flojet 5000 Series Installation Operation & Service Instructions | Hearsay under Rules 801 and 802 |
| 276 | ITT0039697 - ITT0039724 | Flojet Beverage Products Catalog | Hearsay under Rules 801 and 802 |
| 277 | ITT0053650 - ITT0053664 | America's Quarterly Sales Review Q108 | Hearsay under Rules 801 and 802 |
| 278 | ITT0015994 - ITT0015998 | Beverage Workgroup March 17, 2000 Meeting | No objection |
| 279 | ITT0016004 - ITT0016032 | Coke Change Letter | Hearsay under Rules 801 and 802 |
| 280 | ITT0069541 - ITT0069558 | Email re: bracket for N5000 | No objection |
| 281 | ITT0069592 | Pump photos | No objection |
| 282 | E0000033 | 2007 All Data Monthly | Hearsay under Rules 801 and 802 |
| 283 | ITT0069491 - ITT0069493 | Email re: samples slide track | No objection |
| 284 | ITT0069476 - ITT0069482 | U.S. Patent Appl. Publication 2008/0142674 (Dang) | No objection |
| 285 | ITT0069368 | ITT Sales Information | No objection |
| 286 | SHUR000770 | Board drawings and schematics | No objection |
| 287 | SHUR000825 | Gas pump modular system board checklist | No objection |
| 288 | SHUR001022 | George Thompson visit Meeting Agenda | No objection |
| 289 | SHUR004464 - SHUR004480 | Invoice Records for Modular System Boards for BIB Pumps | No objection |
| 290 | SHUR004455 - SHUR004463 | Invoice Records for Modular System Bords for BIB Pumps | No objection |
| 291 | SHUR000848 | Coca-Cola Invoices | Hearsay under Rules 801 and 802 |
| 292 | SHUR004484 - SHUR004490 | Comestible fluid rack and rail apparatus invoice summary | No objection |
| 293 | SHUR004491 - SHUR004613 | Comestible fluid rack and rail apparatus invoice summary | No objection |

| 294 | SHUR004454 | Item Numbers - Modular System Boards for BIB Pumps | No objection |
|---|---|---|---|
| 295 | SHUR000728 - SHUR000731 | Capital request - outside design and tooling of new CCUSA gas pump system board | No objection |
| 296 | SHUR000863 - SHUR000873 | Coca-Cola fountain universal modular board by Shurflo | No objection |
| 297 | | Coca-Cola Shurflo universal modular board system for BIB pumps | No objection |
| 298 | SHUR004481 - SHUR004483 | Comestible fluid rack and rail apparatus patented product list | No objection |
| 299 | SHUR001092 - SHUR001095 | Conceptual Drawings of Modular Board | No objection |
| 300 | SHUR000828 - SHUR000846 | Concurrent Development Corporation invoice | No objection |
| 301 | SHUR000915 - SHUR000918 | Email re: BIB universal board feedback | No objection |
| 302 | SHUR000587 - SHUR000588 | Memo re: snap-fit base plate and track system | No objection |
| 303 | SHUR004220 - SHUR004225 | Memo re: universal modular board - tooling changes for Flojet revised pump | No objection |
| 304 | SHUR000908 - SHUR009911 | Modular board review | No objection |
| 305 | SHUR004213 - SHUR004214 | Purchase requisition invoice P.O. No. T63085 | No objection |
| 306 | SHUR004018 - SHUR004024 | Quotation to Shurflo from Monco Products, Inc. Plastic Injection Molding | No objection |
| 307 | SHUR004156 - SHUR004163 | Reports on pull and drop test | No objection |
| 308 | SHUR000847 | S847 Handwritten note BIB System Board | No objection |
| 309 | SHUR000862 | S862 Drawing by Pro Design Opt -- Modular Board/Gas Pump | No objection |
| 310 | SHUR000874 - SHUR000875 | S875 Shurflo Memo Sheet | No objection |
| 311 | SHUR000919 | S919 Drawing of tubing | No objection |
| 312 | SHUR000949 | S949 Drawing of Modular System Board by Pro Design Opt | No objection |
| 313 | SHUR003980 - SHUR003984 | Shurflo Capital Request Form 1508- 1696 | No objection |

| 314 | SHUR004151 - SHUR004155 | Shurflo engineering report - Modular BIB pump system board | No objection |
| 315 | SHUR004207 - SHUR004211 | Shurflo engineering report - modular BIB pump system board | No objection |
| 316 | SHUR004205 - SHUR004206 | Shurflo lab test report | No objection |
| 317 | SHUR000859 - SHUR000861 | Shurflo memos re: universal modular board | No objection |
| 318 | SHUR000881 - SHUR000884 | Shurflo modular board update | No objection |
| 319 | SHUR000957 - SHUR000961 | Craftech progress report for Shurflo single cavity - modular gas pump board | No objection |
| 320 | SHUR000920 - SHUR000948 | Facsimile from Craftech -- First Article inspection report for Coke Board (3/30/98) | Hearsay under Rules 801 and 802 |
| 321 | SHUR000965 - SHUR000981 | Letter from Craftech (10/7/97) | No objection |
| 322 | SHUR004303 - SHUR004306 | Letter from Craftech (6/3/99) | No objection |
| 323 | SHUR004203 - SHUR004204 | Letter to Steve Jersey re Craftech quote for Modular gas pump board (8/27/98) | Hearsay under Rules 801 and 802 |
| 324 | SHUR004175 - SHUR004177 | Letter to Steve Jersey re Craftech quote modular gas pump board (6/3/98) | Hearsay under Rules 801 and 802 |
| 325 | SHUR004219 | Letter to Steve Jersey re Craftech quote of modification to modular board (4/6/00) | Hearsay under Rules 801 and 802 |
| 326 | SHUR004228 | Letters to Steve Jersey re Craftech quote engineering estimate (12/15/99) | Hearsay under Rules 801 and 802 |
| 327 | SHUR000885 - SHUR000907 | Shurflo modular universal board - products mounting instructions | No objection |
| 328 | SHUR000826 - SHUR000827 | Shurflo product specification form - system board | No objection |
| 329 | SHUR000805 - SHUR000820 | Shurflo purchase requisition | No objection |
| 330 | SHUR000733 - SHUR000735 | Shurflo purchase acquisition | No objection |
| 331 | SHUR003677 - SHUR003678 | Shurflo universal modular board system for BIB pumps | No objection |
| 332 | SHUR000579 - SHUR000581 | Snap fit baseplate schematics | No objection |

| 333 | SHUR000876 - SHUR000880 | Spec sheets/Fax to Jersey | No objection |
|-----|------------------------|---------------------------|--------------|
| 334 | SHUR000591 - SHUR000593 | Memo re: June 30 memo on prototype Shurflo sna-fit pbase plate and track system | No objection |
| 335 | SHUR004185- SHUR004196 | Fax re: modifications - Coke board (6/5/98) | No objection |
| 336 | SHUR000796 - SHUR000798 | Fax re: Shurflo modular system board benefits sheet (12/9/96) | No objection |
| 337 | SHUR004016 - SHUR004017 | Fax to Lorin Bice Shurflo re Artistic Plastics, Inc. quote for injection mold (10/8/03) | Hearsay under Rules 801 and 802 |
| 338 | SHUR000982 - SHUR000983 | Email re: modular board re-design (2/8/00) | Hearsay under Rules 801 and 802 |
| 339 | SHUR000821 - SHUR000824 | Device Engineering letter/Jersey checklist | Hearsay under Rules 801 and 802 |
| 340 | SHUR000962 - SHUR000964 | Discussion topics for Shurflo Modular Universal Board (5/29/98) | No objection |
| 341 | SHUR000950 - SHUR000956 | Drawings of modular system board | No objection |
| 342 | ITT0018134 | Letter to Fellows (1/23/06) | Hearsay under Rules 801 and 802 |
| 343 | ITT0069339 | Letter to Mark Smith from Lisa Blais re: ITT Policy patent infringement notification | Hearsay under Rules 801 and 802 |
| 344 | ITT0025845 - ITT0025846 | ITT Procedure for New Product Development | Hearsay under Rules 801 and 802 |
| 345 | ITT0025844 | ITT Flojet Value Based Product Development | Hearsay under Rules 801 and 802 |
| 346 | ITT0039654 - ITT0039696 | ITT functional overview | No objection |
| 347 | ITT0029470 - ITT0029475 | ITT Industries Corporate Policies: Intellectual Property | Relevance under Rules 402 and 403; see Motion in Limine # 5. |
| 348 | ITT0069326 - ITT0069331 | ITT Industries Corporate Policies: Intellectual Property Licenses 12-31 - 02 10K ITT | Relevance under Rules 402 and 403; see Motion in Limine # 5. |
| 349 | ITT0069788 - ITT0069905 | Jabsco Stage-Gate Manual Version 2.2 VBPD | Relevance under Rules 402 and 403; see Motion in Limine # 5. |
| 350 | ITT0069632 - ITT0069787 | ITT Industries Jabsco WW Stage-Gate Manual Version 4.0 VBPD | Relevance under Rules 402 and 403; see Motion in Limine # 5. |
| 351 | | Value Based Product Development (VBPD) - Product | Relevance under Rules 402 and 403; see Motion in |

| | | Phase Activity Matrix - 5 Stage | Limine # 5. |
|---|---|---|---|
| 352 | | Value Based Product Development (VBPD) - Project Phase Activity Matrix - 3 Stage | Relevance under Rules 402 and 403; see Motion in Limine # 5. |
| 353 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity | Hearsay under Rules 801 and 802 |
| 354 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix A (CV) | Hearsay under Rules 801 and 802 |
| 355 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix B (Testimony) | Hearsay under Rules 801 and 802 |
| 356 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix C (Materials Reviewed) | Hearsay under Rules 801 and 802 |
| 357 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 1 (Claim Construction) | Hearsay under Rules 801 and 802 |
| 358 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 10 (Mayfair Basspirator - 437 Patent Chart) | Hearsay under Rules 801 and 802 |
| 359 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 11 (Invalidity Chart Summary) | Hearsay under Rules 801 and 802 |
| 360 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 12 | Hearsay under Rules 801 and 802 |
| 361 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 2 (Claim Construction) | Hearsay under Rules 801 and 802 |
| 362 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 3 (Schoenmeyr and Hagen - 882 Patent Chart) | Hearsay under Rules 801 and 802 |
| 363 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 4 (PARMAX 30XXX and Hagen - 882 Patent Chart) | Hearsay under Rules 801 and 802 |
| 364 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 5 (PARMAX 30XXX and Hagen - 183 Patent Chart) | Hearsay under Rules 801 and 802 |
| 365 | | Expert Report of Dr. Hal | Hearsay under Rules 801 and |

| | | | |
|---|---|---|---|
| | | Watson, Jr. Regarding Invalidity - Exhibit 6 (Three- Pump Brcket, Fallon and Moller - 662 Patent Chart) | 802 |
| 366 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 7 (Three- Pump Bracket, Poitier, Fallon and Mallon - 767 Patent Chart) | Hearsay under Rules 801 and 802 |
| 367 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 8 (Foster and Credle - 936 Patent Chart) | Hearsay under Rules 801 and 802 |
| 368 | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 9 (Mayfair Proline - 437 Patent Chart) | Hearsay under Rules 801 and 802 |
| 369 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement | Hearsay under Rules 801 and 802 |
| 370 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Appendix A (Materials Reviewed) | Hearsay under Rules 801 and 802 |
| 371 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 1 (Mitutoyo Product Information) | Hearsay under Rules 801 and 802 |
| 372 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 2 (Methodology) | Hearsay under Rules 801 and 802 |
| 373 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 3 (McGraw-Hill Dictionary) | Hearsay under Rules 801 and 802 |
| 374 | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 4 (Webster's Dictionary) | Hearsay under Rules 801 and 802 |
| 375 | | Curriculem Vitae - Hal Watson | Hearsay under Rules 801 and 802 |
| 376 | | Supplemental Expert Report of Dr. Hal Watson | Hearsay under Rules 801 and 802 |

| 377 | | Supplemental Expert Report of Dr. Hal Watson - Supplemental Appendix A | Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 378 | | Supplemental Expert Report of Dr. Hal Watson - Revised Hearsay under Rules 801 and 802 Exhibit 3 | Hearsay under Rules 801 and 802 |
| 379 | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 4 | Hearsay under Rules 801 and 802 |
| 380 | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 9 | Hearsay under Rules 801 and 802 |
| 381 | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 10 | Hearsay under Rules 801 and 802 |
| 382 | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 13 | Hearsay under Rules 801 and 802 |
| 383 | | Second Supplemental Report of Dr. Hal Watson (5/20/10) | Hearsay under Rules 801 and 802

Subject to Motion to Strike Late Evidence |
| 384 | | Third Supplemental Report of Dr. Hal Watson (6/15/10) | Hearsay under Rules 801 and 802

Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 385 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 1 | Hearsay under Rules 801 and 802

Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 386 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 2 | Hearsay under Rules 801 and 802

Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 387 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 3 | Hearsay under Rules 801 and 802 |

| | | | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
|---|---|---|---|
| 388 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 4 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 389 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 5 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 390 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 6 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 391 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 7 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 392 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 8 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 393 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 9 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 394 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 10 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 395 | | Third Supplemental Report of | Hearsay under Rules 801 and |

| | | Dr. Hal Watson - Exhibit 11 | 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
|---|---|---|---|
| 396 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 12 | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 397 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 13 - Laser Scanning and Dimension Process for Rubber Gasket by: Nvision Inc. | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 398 | | Third Supplemental Report of Dr. Hal Watson - Exhibit 14 - Nvision, Inc., Mobile Scan 3D | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 399 | | Third Supplemental Report of Dr. Hal Watson - Exhibit O - Claim Chart | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 400 | | Third Supplemental Report of Dr. Hal Watson - Supplemental Appendix | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 401 | | Fourth Supplemental Report of Dr. Hal Watson (7/28/10) | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 402 | | Fourth Supplemental Report of Dr. Hal Watson - Exhibit A - Claim Chart | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery |

| | | | [Doc. # 234] |
|---|---|---|---|
| 403 | | Fourth Supplemental Report of Dr. Hal Watson - Exhibit B - Advanced Beverage Solutions LLC, - Invoice | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 404 | | Fourth Supplemental Report of Dr. Hal Watson - Fourth Supplemental Appendix A | Hearsay under Rules 801 and 802<br><br>Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 405 | | Declaration of Dr. Hal Watson, Jr. (4/9/10) | Hearsay under Rules 801 and 802 |
| 406 | | Declaration of Dr. Hal Watson, Jr. (5/10/10) | Hearsay under Rules 801 and 802 |
| 407 | | Declaration of Dr. Hal Watson, Jr. (6/15/10) | Hearsay under Rules 801 and 802 |
| 408 | WATSON000001 -WATSON000015 | Hal Watson Invoices | No objection |
| 409 | | Expert Report of Stephen L. Becker, Ph. D. | Hearsay under Rules 801 and 802 |
| 410 | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-1 | Hearsay under Rules 801 and 802 |
| 411 | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2A | Hearsay under Rules 801 and 802 |
| 412 | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2B | Hearsay under Rules 801 and 802 |
| 413 | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2C | Hearsay under Rules 801 and 802 |
| 414 | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2D | Hearsay under Rules 801 and 802 |
| 415 | | Expert Report of Stephen L. Becker | Hearsay under Rules 801 and 802 |
| 416 | | Expert Report of Stephen L. Becker, Ph. D. - Appendix B - Testimony | Hearsay under Rules 801 and 802 |
| 417 | | Expert Report of Stephen L. Becker, Ph. D. - Appendix C - Documents Relied On | Hearsay under Rules 801 and 802 |

| 418 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. | Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 419 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-1 | Hearsay under Rules 801 and 802 |
| 420 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2A | Hearsay under Rules 801 and 802 |
| 421 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2B | Hearsay under Rules 801 and 802 |
| 422 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2C | Hearsay under Rules 801 and 802 |
| 423 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2D | Hearsay under Rules 801 and 802 |
| 424 | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Appendix C | Hearsay under Rules 801 and 802 |
| 425 | SHUR031163 | Diaphragm Schematic | No objection |
| 426 | SHUR031164 | Diaphragm Schematic | No objection |
| 427 | SHUR008451 - SJUR009110 | West Marine 1998 Powerboat Master Catalog | No objection |
| 428 | SHUR009807 - SHUR010459 | West Marine 1999 Power Master Catalog | No objection |
| 429 | SHUR011041 - SHUR011938 | West Marine 2000 Catalog | No objection |
| 430 | SHUR007436 - SHUR008450 | West Marine 2001 Master Catalog | No objection |
| 431 | SHUR017910 - SHUR018989 | West Marine 2002 Master Catalog | No objection |
| 432 | ITT0069913 - ITT0069935 | Jabsco DC Flexible Impeller Puppy Pumps | Hearsay |
| 433 | SHUR000485 - SHUR000594 | SHURflo snap-fit baseplate schematics | No objection |
| 434 | ITT0069936 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 435 | ITT0069937 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 436 | ITT0069938 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 437 | ITT0069939 | Mayfair Basspirator Pump | Subject to Plaintiff's Motion |

| | | photo | to Strike Late Discovery [Doc. # 234] |
|---|---|---|---|
| 438 | ITT0069940 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 439 | ITT0069941 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 440 | ITT0069942 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 441 | ITT0069943 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 442 | ITT0069944 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 443 | ITT0069945 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 444 | ITT0069946 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 445 | ITT0069947 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 446 | ITT0069948 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 447 | ITT0069949 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 448 | ITT0069950 | Mayfair Basspirator Pump photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 449 | ITT0069951 - ITT0069952 | 1995 Master Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 450 | ITT0069953 - ITT0069954 | 1996 Master Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 451 | ITT0069955 | Plumbing Tee photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 452 | ITT0069956 | Plumbing Tee photo | Subject to Plaintiff's Motion to Strike Late Discovery |

| | | | [Doc. # 234] |
|---|---|---|---|
| 453 | ITT0069957 | Mayfair Basspirator Pump with Plumbing Tee photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 454 | ITT0069958 | Mayfair Basspirator Pump with Plumbing Tee photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 455 | ITT0069959 | Mayfair Basspirator Pump with Plumbing Tee photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 456 | ITT0069960 - ITT0069975 | Injection Molding Handbook | Subject Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 457 | ITT0069976 - ITT0069978 | 1994 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 458 | ITT0069979 - ITT0069981 | 1995 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 459 | ITT0069982 - ITT0069983 | 1996 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 460 | ITT0069984 - ITT0069985 | 1997 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 461 | ITT0069986 - ITT0069987 | 1998 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 462 | ITT0069988 - ITT0069989 | 1999 Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 463 | ITT0069990 - ITT0069992 | West Marine 1995 Plumbing Tee | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 464 | ITT0069993 | Basspirator plus tee | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 465 | ITT0069994 - ITT0069997 | Par-Max3 and Par-Max4 Brochure 6/2000 | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 466 | ITT0069998 | Jabsco Par-Max3 photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 467 | ITT0069999 | Jabsco Par-Max3 photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |

| 468 | ITT0070000 | Jabsco Par-Max3 photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
|---|---|---|---|
| 469 | ITT0070001 | Jabsco Par-Max3 photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 470 | ITT0070002 | Jabsco Par-Max3 photo | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 471 | ITT0070003 - ITT0070020 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | No objection EXCEPT to any mention of any legal or patent assessment"-See Motion in Limine 5 |
| 472 | ITT0070021 - ITT0070038 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | No objection EXCEPT to any mention of any legal or patent assessment-See Motion in Limine 5 |
| 473 | ITT0070039 - ITT0070072 | 183 Patent Validity Opinion | No objection |
| 474 | ITT0070073 - ITT0070264 | 882 Patent Non- Infringement Opinion | No objection |
| 475 | SHUR004231 - SHUR004232 | Memo from Valdivia to Romero re: release of universal board pump systems | No objection |
| 476 | SHUR029820 - SHUR029823 | Email from Crider to Wayhausen | No objection |
| 477 | SHUR000461 - SHUR000477 | Slide rail system diagrams and memos | No objection |
| 478 | SHUR000594 - SHUR000604 | Snap fit baseplate schematics | No objection |
| 479 | SHUR000625 - SHUR000626 | SHURflo accessories | No objection |
| 480 | SHUR000668 - SHUR000670 | SHURflo accessories | No objection |
| 481 | SHUR000673 | SHURflo specifications for BIB shelf | No objection |
| 482 | SHUR031165 - SHUR031173 | Manufacturing Agreement dated December 17, 2002 | No objection |
| 483 | SHUR000478 - SHUR000479 | Snap fit baseplate schematics | No objection |
| 484 | SHUR003993 - SHUR003996 | Engineering release/change form | No objection |
| 485 | SHUR004380B | Customer List | No objection |
| 486 | ITT0070398 | Sales spreadsheet underlying ITT006961 3 spreadsheet | No objection |
| 487 | ITT0070397 | Sales spreadsheet underlying | No objection |

| | | ITT006961 3 spreadsheet | |
|---|---|---|---|
| 488 | ITT0070265 - ITT0070266 | Email from Dang to Fressola | Hearsay under Rules 801 and 802 |
| 489 | ITT0070267 - ITT0070273 | Email from Dang to Fressola | Hearsay under Rules 801 and 802 |
| 490 | ITT0070274 - ITT0070277 | Email from Dang to Fressola | Hearsay under Rules 801 and 802 |
| 491 | ITT0070278 - ITT0070280 | Fax to Fressola | Hearsay under Rules 801 and 802 |
| 492 | ITT0070281 - ITT0070284 | Email from Dang to Adolphson | Hearsay under Rules 801 and 802 |
| 493 | ITT0070285 - ITT0070289 | Email from Dang to Fressola | Hearsay under Rules 801 and 802 |
| 494 | ITT0070290 | Email from Fressola to Dang | Hearsay under Rules 801 and 802 |
| 495 | ITT0070291 - ITT0070297 | Email from Dang to Adolphson | Hearsay under Rules 801 and 802 |
| 496 | ITT0070298 | Email from Adolphson to Dang | Hearsay under Rules 801 and 802 |
| 497 | ITT0070299 | Email from Fressola to Dang | Hearsay under Rules 801 and 802 |
| 498 | ITT0070300 - ITT0070301 | Email from Adolphson to Van Winkle | Hearsay under Rules 801 and 802 |
| 499 | ITT0070302 - ITT0070305 | Email from Fressola to Mallik | Hearsay under Rules 801 and 802 |
| 500 | ITT0070315 - ITT0070320 | Email from Dang to Adolphson | Hearsay under Rules 801 and 802 |
| 501 | ITT0070306 - ITT0070308 | Email from Adolphson to Dang | Hearsay under Rules 801 and 802 |
| 502 | ITT0070309 - ITT0070314 | Email from Dang to Adolphson | Hearsay under Rules 801 and 802 |
| 503 | ITT0070321 | Email from Adolphson to Dang | Hearsay under Rules 801 and 802 |
| 504 | SHUR001803 | Engineering change order request | No objection |
| 505 | | Snap Fit Base Plate Prototype | No objection |
| 506 | SHUR003995 | Multi-Level Engineering Where Used Listing | No objection |
| 507 | SHUR003996 | Multi-Level Engineering Where Used Listing | No objection |
| 508 | SHUR003992 | Single-Level Engineering Where Used Listing | No objection |
| 509 | SHUR003991 | Engineering release/change form | No objection |
| 510 | SHUR000587 - | Memo re: snap-fit base plate | No objection |

| | SHUR000589 | and track system | |
|---|---|---|---|
| 511 | SHUR000580 | Memo re: Plastic Mounting Brackets | No objection |
| 512 | SHUR000595 | Memo re: Plastic Mounting | No objection |
| 513 | SHUR000496 | | No objection |
| 514 | SHUR000508 | Letter re: Craftech quote | No objection |
| 515 | SHUR000486 - SHUR000491 | First Article Inspection Report | No objection |
| 516 | | Oregon Secretary of State Report | Hearsay under Rules 801 and 802 |
| 517 | SHUR004522 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 518 | SHUR004524 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 519 | SHUR004525 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 520 | SHUR000492 | First Article Inspection Report | No objection |
| 521 | SHUR000487 | Quality Assurance Inspection Report | No objection |
| 522 | SHUR004528 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 523 | SHUR000527 | Single-Level Engineering Bills of Material | No objection |
| 524 | SHUR004530 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 525 | SHUR000526 | Single-Level Engineering Bills of Material | No objection |
| 526 | SHUR000533 | Single-Level Engineering Bills of Material | No objection |
| 527 | SHUR004533 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 528 | SHUR004535 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 529 | SHUR004536 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 530 | SHUR029818 - SHUR029819 | Email re: new snap fit base plate for gas pumps | No objection |
| 531 | SHUR004537 | Sales Report - Comestible Fluid Rack and Rail Apparatus | No objection |
| 532 | | Beverage World - The flow of the industry | Hearsay under Rules 801 and 802 |
| 533 | | Getting it right at fountain | Hearsay under Rules 801 and 802 |
| 534 | | Beverage World - 14 January 2001 | Hearsay under Rules 801 and 802 |

| 535 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | Hearsay under Rules 801 and 802 |
|---|---|---|---|
| 536 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | Hearsay under Rules 801 and 802 |
| 537 | SHUR000513 | Scion quotation | No objection |
| 538 | SHUR031174 - SHUR031176 | Fax from Coca-Cola to SHURflo dated 12/2 1/0 1 | Relevance under Rules 402 and 403; see Plaintiff's Motion in Limine # 1 |
| 539 | SHUR031177 - SHUR031182 | Selected Project Agreement Exhibit No. 2 dated 12/12/00 | Relevance under Rules 402 and 403; see Plaintiff's Motion in Limine # 1 |
| 540 | SHUR021194 - SHUR031198 | Selected Project Agreement Exhibit No. 5 dated 12/12/00 | Relevance under Rules 402 and 403; see Plaintiff's Motion in Limine # 1 |
| 541 | SHUR000512 | Scion quotation | No objection |
| 542 | SHUR000456 | Heavy duty advantage pump schematic | No objection |
| 543 | SHUR000480 - SHUR000482 | First Article Inspection Report | No objection |
| 544 | ITT0070444 - ITT0070459 | U.S. Patent No. 7,748,965 | No objection |
| 545 | SHUR004486 | Comestible Fluid Rack and Rail Apparatus Purchase Records | No objection |
| 546 | ITT0070460 - ITT0070467 | Beverage World January 15, 2001 | Hearsay under Rules 801 and 802 |
| 547 | ITT0070468 - ITT0070521 | Photographs from Base Plate Inspection - 7/22/10 | No objection |
| 548 | | Photos | No objection |
| 549 | | Webster's Dictionary definition of Protrusion | Hearsay under Rules 801 and 802 |
| 550 | | Product Overview - Absolute Digimatic Calioer Series 500 with Exclusive Absolute Encode Technology; Series 500 | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the content of this Exhibit. |
| 551 | | Declaration of Julie Goldweitz for Reed Exhibitions | Hearsay under Rules 801 and 802 |
| 552 | ReedEx _000001 - ReedEx_000007 | InterBev Buyers' Guide Directory | Hearsay under Rules 801 and 802 |
| 553 | | Declaration of Scott Adams for Advanced Beverage Solutions, LLC | Hearsay under Rules 801 and 802 |
| 554 | AdvBevSol_0000- AdvBevSol_ 000002 | | Hearsay under Rules 801 and 802 |
| 555 | | Declaration of Terrence Bolander for Nvision, Inc | Hearsay under Rules 801 and 802 |

| 556 | NVIS_000001-<br>NVIS_000015 | | Hearsay under Rules 801 and 802 |
| 557 | AmerBev 000001-<br>AmerBev 000012 | American Beverage Documents | Hearsay under Rules 801 and 802 |
| 558 | SHUR004221 | | No objection |
| 559 | | Model 400 Series Rule Instruction Guide - Tournament Series Livewell/Baitwell Pumps; Rev. A 06/2006 | Hearsay under Rules 801 and 802 |
| 560 | SHUR000485 -<br>SHUR00486 | Schematic - Snap Fit Base Plate; First Article Inspection Report | No objection |
| 561 | SHUR001692 -<br>SHUR001693 | Declaration and Power of Attorney for Patent Application | No objection |
| 562 | SHUR001681 -<br>SHUR001687 | Information Disclosure Statement | No objection |
| 563 | | Customer List | This Exhibit has not been produced by Defendants, and Plaintiff cannot determine the content of this Exhibit. |
| 564 | SHUR004491 | | No objection |
| 565 | ITT0070400 | Diaphragm Schematic | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 566 | ITT0070402 | FloJet Bag-in-Box System | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |
| 567 | ITT0070424 -<br>ITT0070443 | FloJet Beverage Pumps Catalog | Subject to Plaintiff's Motion to Strike Late Discovery [Doc. # 234] |

Dated: August 20, 2010                    Respectfully submitted,

/s/ Mary-Olga Lovett
Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
973-360-7900
973-301-8410 fax

Mary-Olga Lovett
lovettm@gtlaw.com
Paul J. Brown
brownpa@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002

Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Telecopier: (602) 445-8100

Douglas R. McSwane, Jr.
State Bar No 1381300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
dougmcswane@potterminton.com

**ATTORNEYS FOR PLAINTIFF
STA-RITE     INDUSTRIES,     LLC     F/K/A
SHURFLO, LLC F/K/A SHURFLO PUMP
MANUFACTURING COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to consented to electronic service and being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 20, 2010.


By:  <u>/s/ Mary-Olga Lovett</u>
Mary-Olga Lovett