IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

STA-RITE     INDUSTRIES,     LLC     F/K/A §
SHURFLO, LLC F/K/A SHURFLO PUMP §
MANUFACTURING COMPANY         §        CAUSE NO. 6:08CV59
                              §
V.                            §
                              §        JURY TRIAL DEMANDED
ITT  CORPORATION,   ITT   INDUSTRIES, §
FLOJET CORPORATION, ITT JABSCO, INC., §
AND RULE INDUSTRIES, INC.     §
                              §
                              §
                              §
                              §

**NOTICE OF FIRST AMENDED PROPOSED VERDICT FORMS**

Pursuant to the Court's Order, Plaintiff Sta-Rite Industries, LLC ("Plaintiff") and

Defendants ITT Corporation, ITT Industries, Flojet Corp., ITT Jabsco, Inc., and Rule Industries,

Inc. ("Defendants") hereby submit the following amended proposed verdict forms in the above-

captioned matter.  Two verdict forms are attached.  (Exhibit A is Plaintiff's verdict form and

Exhibit B is Defendants' verdict form).

Respectfully submitted this 24th day of August, 2010,


_/s/ Michael A. Nicodema, by permission____

Michael A. Nicodema, admitted *pro hac vice*
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
973-360-7900
973-301-8410 fax


Mary-Olga Lovett
lovettm@gtlaw.com
Paul J. Brown
brownpa@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002


Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Telecopier: (602) 445-8100


Douglas R. McSwane, Jr.
State Bar No 1381300
E. Glenn Thames, Jr.
State Bar No. 00785097
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
dougmcswane@potterminton.com

COUNSEL FOR PLAINTIFF


_/s/ Brett C. Govett_____

Brett C. Govett
Texas Bar No.  08235900
Karl G. Dial
Texas Bar No.  05800400
Miriam Quinn
Texas Bar No.  24037313
Dustin Mauck
Texas Bar No.  24046373

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Email:  bgovett@fulbright.com
Email:  kdial@fulbright.com
Email:  mquinn@fulbright.com
Email:  dmauck@fulbright.com


George W. Jordan III
Texas Bar No.  00796850
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Email:  gjordan@fulbright.com

Otis Carroll
Deborah J. Race
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
903-561-1600
903-581-1071 fax
fedserv@icklaw.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 24th day of August, 2010.

        */s/ Brett C. Govett*
        Brett C. Govett