# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC<br>F/K/A SHURFLO, LLC F/K/A/<br>SHURFLO PUMP<br>MANUFACTURING COMPANY, | §<br>§<br>§<br>§<br>§ | |
| **Plaintiff,** | § | Civil Action No. 6:08-cv-59 |
| | § | |
| v. | §<br>§ | |
| ITT CORPORATION, ITT<br>INDUSTRIES, FLOJET<br>CORPORATION, ITT JABSCO,<br>INC., AND RULE INDUSTRIES,<br>INC., | §<br>§<br>§<br>§<br>§<br>§ | |
| **Defendants.** | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of the Court.

1A. Did Sta-Rite, Inc. prove by a preponderance of the evidence that Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco, Inc. and Rule Industries, Inc. literally infringed the claims of the patents listed below?

1B. Did Sta-Rite prove by clear and convincing evidence that Defendants' infringement, if any, was willful?

Answer "Yes" or "No" as to each claim in column 1A. For each claim you answer "Yes" in column 1A, in column 1B answer "Yes" or "No." If you answer "No" in column 1A, do not answer the corresponding column 1B.

|  | 1A<br>(Literal Infringement) | 1B<br>(Willful Infringement) |
|---|---|---|
| **'183 Patent:** | | |
| Claim 10: | _____ | _____ |
| Claim 11: | _____ | _____ |

|  | 1A<br>(Literal Infringement) | 1B<br>(Willful Infringement) |
|---|---|---|
| Claim 12: | _____ | _____ |
| Claim 13: | _____ | _____ |
| Claim 14: | _____ | _____ |

**'882 Patent:**

| | | |
|---|---|---|
| Claim 14: | _____ | _____ |
| Claim 15: | _____ | _____ |
| Claim 17 | _____ | _____ |

**'662 Patent:**

| | | |
|---|---|---|
| Claim 5: | _____ | _____ |

**'767 Patent:**

| | | |
|---|---|---|
| Claim 18: | _____ | _____ |
| Claim 21: | _____ | _____ |
| Claim 22: | _____ | _____ |
| Claim 23: | _____ | _____ |

**'936 Patent:**

| | | |
|---|---|---|
| Claim 1: | _____ | _____ |
| Claim 2: | _____ | _____ |
| Claim 3: | _____ | _____ |
| Claim 4: | _____ | _____ |
| Claim 5: | _____ | _____ |
| Claim 6: | _____ | _____ |
| Claim 7: | _____ | _____ |

**'437 Patent:**

| | | |
|---|---|---|
| Claim 11: | _____ | _____ |

2. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '183 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 10: _____

   Claim 11: _____

   Claim 12: _____

   Claim 13: _____

   Claim 14: _____

3. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '882 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 14: _____

   Claim 15: _____

   Claim 17 _____

4. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '662 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 5 _____

5. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '767 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 18: _____

   Claim 21: _____

   Claim 22: _____

   Claim 23: _____

6. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '936 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1: _____

   Claim 2: _____

   Claim 3: _____

   Claim 4: _____

   Claim 5: _____

   Claim 6: _____

7. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the '437 patent are invalid for indefiniteness?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 11: _____

8. Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the listed claims of the patents listed below are invalid as anticipated?

   **Answer "Yes" or "No" for each listed claim:**

**'183 Patent:**

   Claim 10: _____

   Claim 11: _____

   Claim 12: _____

   Claim 13: _____

   Claim 14: _____

**'882 Patent:**

   Claim 14: _____

   Claim 15: _____

     Claim 17  _____

**'662 Patent:**
     Claim 5:  _____

**'767 Patent:**
     Claim 18:  _____

     Claim 21:  _____

     Claim 22:  _____

     Claim 23:  _____

**'936 Patent:**
     Claim 1:  _____

     Claim 2:  _____

     Claim 3:  _____

     Claim 4:  _____

     Claim 5:  _____

     Claim 6:  _____

**'437 Patent:**
     Claim 11:  _____

9.  Did Defendants ITT Corporation, ITT Industries, Flojet Corporation, ITT Jabsco and Rule Industries prove by clear and convincing evidence that any of the patents listed below are invalid as being obvious to a person of ordinary skill in the art at the time the application was filed?

   **Answer "Yes" or "No" for each listed claim:**

**'183 Patent:**
     Claim 10:  _____

     Claim 11:  _____

     Claim 12:  _____

     Claim 13:  _____

     Claim 14:  _____

**'882 Patent:**

        Claim 14: _____

        Claim 15: _____

        Claim 17 _____

**'662 Patent:**

        Claim 5: _____

**'767 Patent:**

        Claim 18: _____

        Claim 21: _____

        Claim 22: _____

        Claim 23: _____

**'936 Patent:**

        Claim 1: _____

        Claim 2: _____

        Claim 3: _____

        Claim 4: _____

        Claim 5: _____

        Claim 6: _____

**'437 Patent:**

        Claim 11: _____

10. What sum of money, if paid now in cash, do you find should be awarded to Sta-Rite as damages adequate to compensate it for the patent claims you have found to have been infringed?  Only award damages for those claims you find infringed and valid.  Do not award damages for claims that you did not find infringed and valid.

        Answer: $_____

_____	_____
DATE	FOREPERSON