IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY | § § § § | CAUSE NO. 6:08CV59 |
| V. | § § | JURY TRIAL DEMANDED |
| ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC. | § § § § § § | |

**DEFENDANTS' PROPOSED VERDICT FORM**

**QUESTION NO. 1:**

Do you find that Sta-Rite has proven, by a preponderance of the evidence, that ITT infringes claims 14, 15 or 17 of the '882 Patent, claims 10, 11, 12, 13 or 14 of the '183 Patent, claim 5 of the '662 Patent, claims 18, 21, 22 or 23 of the '767 Patent, claims 1, 2, 3, 4, 5, 6 or 7 of the '936 Patent and/or claim 11 of the '437 Patent?

**Answer "Yes" or "No" for each claim:**

|  | **Infringement?** |
|---|---|
| **'882 Patent** | |
| Claim 14 | _____ |
| Claim 15 | _____ |
| Claim 17 | _____ |
| **'183 Patent** | |
| Claim 10 | _____ |
| Claim 11 | _____ |
| Claim 12 | _____ |
| Claim 13 | _____ |
| Claim 14 | _____ |
| **'662 Patent** | |
| Claim 5 | _____ |
| **'767 Patent** | |
| Claim 18 | _____ |
| Claim 21 | _____ |
| Claim 22 | _____ |
| Claim 23 | _____ |
| **'936 Patent** | |
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |
| Claim 6 | _____ |
| Claim 7 | _____ |
| **'437 Patent** | |
| Claim 11 | _____ |

**QUESTION NO. 2:**

If you have answered "Yes" to any of the claims in Question No. 1, for those claims you have found to be infringed, do you find that Sta-Rite has proven by clear and convincing evidence that ITT's infringement was willful?

**Answer "Yes" or "No" only for those claims you have found infringed in Question No. 1.**

|  | **Willful Infringement?** |
|---|---|
| **'882 Patent** | |
| **Claim 14** | _____ |
| **Claim 15** | _____ |
| **Claim 17** | _____ |
| **'183 Patent** | |
| **Claim 10** | _____ |
| **Claim 11** | _____ |
| **Claim 12** | _____ |
| **Claim 13** | _____ |
| **Claim 14** | _____ |
| **'662 Patent** | |
| **Claim 5** | _____ |
| **'767 Patent** | |
| **Claim 18** | _____ |
| **Claim 21** | _____ |
| **Claim 22** | _____ |
| **Claim 23** | _____ |
| **'936 Patent** | |
| **Claim 1** | _____ |
| **Claim 2** | _____ |
| **Claim 3** | _____ |
| **Claim 4** | _____ |
| **Claim 5** | _____ |
| **Claim 6** | _____ |
| **Claim 7** | _____ |
| **'437 Patent** | |
| **Claim 11** | _____ |

**QUESTION NO. 3:**

Do you find that ITT proved by clear and convincing evidence that any of the following claims are invalid for the following reasons? "Yes" means the claims are invalid, and "No" means the claims are not invalid.

A. Because of public use or on sale before the critical date?

**Answer "Yes" or "No" for each claim.**

**'936 Patent**

**Claim 1** _____
**Claim 2** _____
**Claim 3** _____
**Claim 4** _____
**Claim 5** _____
**Claim 6** _____
**Claim 7** _____

B. Because ITT invented first?

**Answer "Yes" or "No" for each claim.**

**'183 Patent**

**Claim 10** _____
**Claim 11** _____
**Claim 12** _____
**Claim 13** _____
**Claim 14** _____

**'662 Patent**

**Claim 5** _____

**'767 Patent**

**Claim 18** _____
**Claim 21** _____
**Claim 22** _____
**Claim 23** _____

-5-

C. Because it is rendered obvious by the prior art?

**Answer "Yes" or "No" for each claim.**

**'882 Patent**

**Claim 14** _____
**Claim 15** _____
**Claim 17** _____

**'183 Patent**

**Claim 10** _____
**Claim 11** _____
**Claim 12** _____
**Claim 13** _____
**Claim 14** _____

**'662 Patent**

**Claim 5** _____

**'767 Patent**

**Claim 18** _____
**Claim 21** _____
**Claim 22** _____
**Claim 23** _____

**'936 Patent**

**Claim 1** _____
**Claim 2** _____
**Claim 3** _____
**Claim 4** _____
**Claim 5** _____
**Claim 6** _____
**Claim 7** _____

**'437 Patent**

**Claim 11** _____

-6-

    D.    Because the patent fails to provide an adequate written description of the claimed invention?

**'437 Patent**

**Claim 11**  _____

**QUESTION NO. 4:**[1]

*If you have found that ITT has infringed any of the claims and those claims are valid (i.e. you have answered "yes" to any of the claims in question number 1, and "no" to all four section of question number 3 for the corresponding claim), then answer questions number 4 and number 5.  Otherwise, do not answer the following questions; the jury foreperson should instead sign and date this Verdict Form and return it to the Security Officer.*

What sum of money, if any, paid now in cash, do you find should be awarded to Sta-Rite as damages adequate to compensate it as a reasonable royalty for infringing sales by ITT?  Only award damages for those patent claims you find infringed and valid.  Do not award damages for patent claims that you did not find infringed and valid.

For bracket-product sales, answer in dollars and cents, if any, for a reasonable royalty, and state the royalty rate.

$ _____
Royalty Rate: _____

For pump-product sales, answer in dollars and cents, if any, for a reasonable royalty, and state the royalty rate.

$ _____
Royalty Rate: _____

---

[1] Format adapted from the Sample Verdict Form of the Model Patent Jury Instructions prepared by he National Jury Instruction Project, dated June 17, 2009; and the Sample Patent Verdict Form of Judge Davis' Orders and Forms, http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.

**QUESTION NO. 5**:[2]

For any of the damages found in Question No. 4, do you find that Sta-Rite proved that the customer demand for each product is based on the patented features?

**Answer "Yes" or "No."**

Answer: _____

                                    Signed this _____ day of July, 2010

                                    _____
                                    **JURY FOREPERSON**

---

[2] Instruction recommended by the Verdict Forms section of the Compensatory Damages Issues in Patent Infringement Cases, a Handbook for Federal District Court Judges, by the National Patent Jury Instructions committee, January 2010 at page 29 (http://www.nationaljuryinstructions.org/damages). *See also,* Uniform Jury Instructions For Patent Cases In The United States District Court For The District Of Delaware 6.4 (1993) (modified); *Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1550 (Fed. Cir. 1995) (en banc)