## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY, § § § § Plaintiff, § § vs. § § ITT CORPORATION, ITT INDUSTRIES, § FLOJET CORPORATION, ITT JABSCO, INC. AND RULE INDUSTRIES, INC. Defendants. | | CIVIL ACTION NO. 6:08-CV-59 |

## DEFENDANTS' NOTICE OF ESTIMATED TRIAL TIME

Defendants estimate that this case should be tried in five (5) total trial days, including:

1) Voir Dire – 30 minutes per side;

2) Opening Statements – 45 minutes per side;

3) Direct and Cross Examinations – 12 hours per side; and

4) Closing Arguments – 45 minutes per side.

Dated: August 27, 2010　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brett C. Govett*
　　　　　　　　　　　　　　　　　　　　　　　Brett C. Govett
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.  08235900
　　　　　　　　　　　　　　　　　　　　　　　**Lead Attorney**
　　　　　　　　　　　　　　　　　　　　　　　Karl G. Dial
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 05800400
　　　　　　　　　　　　　　　　　　　　　　　George W. Jordan III
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.  00796850
　　　　　　　　　　　　　　　　　　　　　　　Dustin Mauck
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.  24046373

　　　　　　　　　　　　　　　　　　　　　　　Fulbright & Jaworski L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75201-2784
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 855-8000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (214) 855-8200
　　　　　　　　　　　　　　　　　　　　　　　Email:  bgovett@fulbright.com
　　　　　　　　　　　　　　　　　　　　　　　Email : kdial@fulbright.com
　　　　　　　　　　　　　　　　　　　　　　　Email : gjordan@fulbright.com
　　　　　　　　　　　　　　　　　　　　　　　Email:  dmauck@fulbright.com

　　　　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants**
　　　　　　　　　　　　　　　　　　　　　　　**ITT CORPORATION and RULE**
　　　　　　　　　　　　　　　　　　　　　　　**INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

　　　I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure and the Local Rules through ECF filing to all counsel of record on the 27th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brett C. Govett*
　　　　　　　　　　　　　　　　　　　　　　　　Brett C. Govett