## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A<br>SHURFLO, LLC F/K/A SHURFLO<br>PUMP MANUFACTURING COMPANY, | § <br> § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| vs. | § <br> § | CIVIL ACTION NO.  6:08-CV-59 |
| ITT CORPORATION, ITT INDUSTRIES,<br>FLOJET CORPORATION, ITT JABSCO,<br>INC. AND RULE INDUSTRIES, INC. | § | |
| Defendants. | | |

## DEFENDANTS' SECOND AMENDED TRIAL EXHIBIT LIST

Dated: August 30th, 2010                                    Respectfully submitted,

                                                                        */s/ Brett C. Govett_____*
                                                                        Brett C. Govett
                                                                        Texas Bar No.  08235900
                                                                        **Lead Attorney**
                                                                        Karl G. Dial
                                                                        Texas Bar No. 05800400
                                                                        George W. Jordan III
                                                                        Texas Bar No.  00796850
                                                                        Dustin Mauck
                                                                        Texas Bar No.  24046373

                                                                        Fulbright & Jaworski L.L.P.
                                                                        2200 Ross Avenue, Suite 2800
                                                                        Dallas, TX  75201-2784
                                                                        Telephone:  (214) 855-8000
                                                                        Facsimile:  (214) 855-8200
                                                                        Email:  bgovett@fulbright.com
                                                                        Email : kdial@fulbright.com
                                                                        Email : gjordan@fulbright.com
                                                                        Email:  dmauck@fulbright.com

                                                                        **Counsel for Defendants
                                                                        ITT CORPORATION and RULE
                                                                        INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure and the Local Rules through ECF filing to all counsel of record on the 30th day of August, 2010.

                                                                        */s/ Brett C. Govett_____*
                                                                        Brett C. Govett

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 1. | Kamboya 10 Barber 2 Dang 23 Meza 17 Mir 3 | ITT0004696 | ITT0004708 | U.S. Patent No. 5,791,882 | A | | | |
| 2. | | ITT0003536 | ITT0003677 | U.S. Patent No. 5,791,882 File History | A | | | |
| 3. | Kamboya 11 Barber 3 Dang 3 Meza 3 Mir 2 Naval 2 | ITT0030489 | ITT0030498 | U.S. Patent No. 6,048,183 | A | | | |
| 4. | Meza 14 | SHUR001350 | SHUR001427 | U.S. Patent No. 6,048,183 File History | A | | | |
| 5. | Patel 1 Johnson 17 Schopperle 1 | UXA000083 | UXA000095 | U.S. Patent No. 5,833,437 | A | | | |
| 6. | | ITT0003080 | ITT0003271 | U.S. Patent No. 5,833,437 File History | A | | | |
| 7. | Caldwell 1 Jersey 3 | ITT0001626 | ITT0001634 | U.S. Patent No. 6,050,662 | A | | | |
| 8. | | ITT0003431 | ITT0003535 | U.S. Patent No. 6,050,662 File History | A | n | | |
| 9. | Caldwell 2 Jersey 2 | ITT0007679 | ITT0007688 | U.S. Patent No. 6,305,767 | A | | | |
| 10. | | ITT0003767 | ITT0003883 | U.S. Patent No. 6,305,767 File History | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 11. | Fong 2 Jersey 4 | MB000933 | MB000951 | U.S. Patent No. 7,225,936 | A | | | |
| 12. | | ITT0003884 | ITT0004024 | U.S. Patent No. 7,225,936 File History | A | | | |
| 13. | | | | Flojet Pump Model 3526-144A | A | | | |
| 14. | | | | Jabsco Pump Model 31395-3000 | A | | | |
| 15. | | | | Jabsco Pump Model 31395-8000 | A | | | |
| 16. | | | | Jabsco Pump Model 32605 | A | | | |
| 17. | | | | Jabsco Pump Model 32605-0092 | A | | | |
| 18. | Caldwell 12 Jersey 5 | | | Flojet Model 20982-100 Universal Bracket | A | | | |
| 19. | Jersey 20 | | | Flojet G5 Series | A | | | |
| 20. | Jersey 23 | | | Flojet N5000 | A | | | |
| 21. | Caldwell 11 Jersey 30 | | | Flojet three-pump mounting bracket | A | | | |
| 22. | Jersey 19 Jersey 24 | | | SHURflo universal modular board | A | | | |
| 23. | Jersey 31 | | | SHURflo heavy-duty advantage pump | A | | | |
| 24. | Jersey 35 | | | Flojet Slider Bracket | A | | | |
| 25. | | | | Rule Livewell/Baitwell Pump 401FC | A | | | |
| 26. | | | | Rule Livewell/Baitwell Pump 403FC | A | | | |
| 27. | | | | Rule Livewell/Baitwell Pump 405FC | A | | | |
| 28. | | | | Rule Livewell/Baitwell Pump 401STC | A | | | |
| 29. | | | | Rule Livewell/Baitwell Pump 403STC | A | | | |
| 30. | | | | Rule Livewell/Baitwell Pump 405STC | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 31. | | | | Plaintiff Sta-Rite Industries, LLC's Objections and Responses to Defendant ITT Corporation's Second Set of Interrogatories | B | | | |
| 32. | | | | Shurflo's Initial Disclosures | B | | | |
| 33. | Saveliev 7 Kamboya 15 Patel 23 | | | Shurflo's Objections and Responses to Defendant ITT Corporation's First Set of Interrogatories | B | | | |
| 34. | | | | Shurflo's Objections and Responses to Defendant ITT Corporation's First Set of Requests for Admission | B | | | |
| 35. | | ITT0004170 | ITT0004178 | U.S. Patent No. 4,086,036 (Hagen) | A | | | |
| 36. | Meza 4 | ITT0004416 | ITT0004425 | U.S. Patent No. 4,153,391 (Hartley) | A | | | |
| 37. | | ITT0000826 | ITT0000829 | U.S. Patent No. 4,247,133 (Moller) | B | | | |
| 38. | | ITT0001296 | ITT0001303 | U.S. Patent No. 4,441,684 (Credle) | B | | | |
| 39. | | ITT0000836 | ITT0000842 | U.S. Patent No. 4,483,365 (Fallon) | B | | | |
| 40. | Meza 5 | ITT0000195 | ITT0000203 | U.S. Patent No. 4,610,605 (Hartley) | B | | | |
| 41. | | ITT0000356 | ITT0000367 | U.S. Patent No. 5,649,812 (Schoenmeyr) | A | | | |
| 42. | | ITT0008663 | ITT0008667 | U.S. Patent No. 5,527,289 (Foster) | B | | | |
| 43. | | ITT0003058 | ITT0003067 | European Patent Application 0 085 588 (Poitier) | A | | | |
| 44. | | ITT0003048 | ITT0003057 | European Patent Application 0 085 588 (Poitier) English Translation | A | | | |
| 45. | | | | Prior art Parmax Pump | A | | | |
| 46. | | | | Mayfair Basspirator Pump | A | | | |
| 47. | Collins 4 | | | Mayfair 1987 Catalog | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 48. | Pack 3 | JP-07 | JP-11 | Mayfair 1988 Catalog | A | | | |
| 49. | Pack 4 | | | Mayfair 1989 Catalog | A | | | |
| 50. | | ITT0004052 | ITT0004067 | Mayfair 1990 Catalog | A | | | |
| 51. | Pack 5 | | | Mayfair 1990 catalog | A | | | |
| 52. | Pack 1 | | | Mayfair 1991 Catalog | A | | | |
| 53. | Collins 5 | | | Mayfair 1992 Catalog | A | | | |
| 54. | | ITT0004036 | ITT0004051 | Mayfair 1995 Catalog | A | | | |
| 55. | Pack 2 | | | Mayfair 1995 Catalog | A | | | |
| 56. | Collins 6 | | | Mayfair livewell systems/kits | A | | | |
| 57. | Pack 6 | | | Mayfair schematics | A | | | |
| 58. | Collins 7 | | | Johnson Pump marine catalogue 2010 | B | | | |
| 59. | Collins 8 | | | Johnson Pumps production work orders | B | | | |
| 60. | Collins 9 | | | Johnson Pumps production work orders | B | | | |
| 61. | Collins 11 | | | Johnson Pumps production work orders | B | | | |
| 62. | Dang 2 | | | Schematics - Housing, Valve; Parmax Pump Inlet Check Valve vs. Check Valve Chamber/Flapper, Intake | A | | | |
| 63. | Dang 11 | | | Diaphragm Schematic | A | | | |
| 64. | Dang 5 | ITT0008879 | | Housing Valve Schematics | A | | | |
| 65. | Dang 6 | ITT0069374 | | Housing Valve Schematics | A | | | |
| 66. | Dang 4 | ITT0008878 | | Par Max 3 - CE 3 GPM Diaphragm Pump Schematics | A | | | |
| 67. | Dang 7 | ITT0008880 | | Flapper Intake Schematic | A | | | |
| 68. | Dang 8 | ITT0069375 | | Flapper Intake Schematic | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 69. | Naval 5 | | | Flapper intake schematic | A | | | |
| 70. | | ITT0069468 | ITT0069469 | Schematic | A | | | |
| 71. | | ITT0069473 | ITT0069473 | 32605-00921 Drawing | A | | | |
| 72. | | ITT0069382 | ITT0069382 | Drawing | A | | | |
| 73. | | ITT0069450 | ITT0069450 | Inlet check valve vs check valve chamber | A | | | |
| 74. | Dang 1 | ITT0004155 | ITT004158 | Par-Max3 and Par-Max4 Automatic Multi-Outlet Water System Pumps; Rev. 4/94 | B | | | |
| 75. | Mir 1 | ITT0015284 | ITT0015292 | RV/Marine Triplex Pump Project Gate 4 Review | B | | | |
| 76. | | | | WITHDRAWN | | | | |
| 77. | | ITT0015034 | ITT0015037 | Executive Summary Report | B | | | |
| 78. | | ITT0015176 | ITT0015177 | Executive Summary Report: 3 piston RV | B | | | |
| 79. | | ITT0015195 | ITT0015196 | Executive Summary Report: 3 piston RV/Marine 2.8 gpm water system pump | B | | | |
| 80. | | ITT0022786 | ITT0022789 | Executive Summary Report: Triplex pump | B | | | |
| 81. | | | | WITHDRAWN | | | | |
| 82. | | ITT0015038 | ITT0015049 | Investment Analysis Low-cost Pump | B | | | |
| 83. | | | | WITHDRAWN | B | | | |
| 84. | Naval 1 | ITT0015186 | ITT0015188 | Flojet project parameters/design input form - Three piston RV pump | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 85. | | ITT0056126 | ITT0056161 | Product Road Map Diaphragm | B | | | |
| 86. | | ITT0041368 | ITT0041469 | Sales and Technical Review | B | | | |
| 87. | | | | WITHDRAWN | | | | |
| 88. | | ITT0036828 | ITT0036856 | 2007 Sales and Technical Review | B | | | |
| 89. | | ITT0036988 | ITT0037093 | 2008 Sales & Technical Presentation | B | | | |
| 90. | | ITT0050158 | ITT0050264 | 2008 Sales & Technical Presentation | B | | | |
| 91. | | | | WITHDRAWN | | | | |
| 92. | | ITT0008884 | ITT0008922 | Jabsco Worldwide Marine Products powerpoint | B | | | |
| 93. | Mir 4 | ITT0015222 | ITT0015226 | Project Appropriation Request | B | | | |
| 94. | | ITT0015178 | ITT0015185 | RV Marine Triplex Pump Project | B | | | |
| 95. | | | | WITHDRAWN | | | | |
| 96. | | | | WITHDRAWN | | | | |
| 97. | | | | WITHDRAWN | | | | |
| 98. | Barber 4 | | | Triplex Diaphragm 3426/3526/3626 Series Automatic Water System Pump | A | | | |
| 99. | | ITT0015070 | ITT0015078 | AG Market (Fimco Pump) Triplex Pump Project | B | | | |
| 100. | | ITT0064319 | ITT0064320 | Triplex, Shurflo and Aquatec Comparison | B | | | |
| 101. | | ITT0015322 | ITT0015323 | Flojet Triplex Model 03526 Datasheet | B | | | |
| 102. | | ITT0053218 | ITT0053247 | IBBI 04 Jabsco/Flojet water pressure systems | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|-------|--------------------|------------------------|---------------------|-------|-----------------------------------------------------|--------------|--------|----------|
| 103. | | ITT0048443 | ITT0048446 | Jabsco 31295/31395 Automatic Water System Pump | B | | | |
| 104. | | ITT0018003 | ITT0018004 | Jabsco 4.0 Washdown Pump Kit | B | | | |
| 105. | Barber 8 | ITT0048475 | ITT0048478 | Jabsco Washdown - 32605/32900 Series datasheet | B | | | |
| 106. | | ITT0042061 | ITT0042066 | JWW 2004 Summary | B | | | |
| 107. | | ITT0067920 | ITT0067926 | Performance test with Nozzle | B | | | |
| 108. | | ITT0029278 | ITT0029278 | Life test for booster and high pressure Triplex pumps | B | | | |
| 109. | | | | WITHDRAWN | | | | |
| 110. | | | | WITHDRAWN | | | | |
| 111. | Dang 10 | ITT0069376 | ITT0069379 | Bill of Material Valve Chamber Sub-Assy Nitrile | B | | | |
| 112. | | ITT0069625 | | Bill of material - diaphragm | B | | | |
| 113. | | | | WITHDRAWN | | | | |
| 114. | | | | WITHDRAWN | | | | |
| 115. | | ITT0069371 | | ITT Sales Information | B | | | |
| 116. | | ITT0069372 | | ITT Sales Information | B | | | |
| 117. | | ITT0069340 | | ITT Sales Information | B | | | |
| 118. | | | | WITHDRAWN | | | | |
| 119. | Naval 8 | ITT0064153 | | Email re: diaphragm pump noise comparisons | B | | | |
| 120. | Naval 10 | ITT0063858 | | Email re: 5 piston VSD flow curves | B | | | |
| 121. | | | | WITHDRAWN | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 122. | | | | WITHDRAWN | | | | |
| 123. | | | | WITHDRAWN | | | | |
| 124. | | | | WITHDRAWN | | | | |
| 125. | | | | WITHDRAWN | | | | |
| 126. | | | | WITHDRAWN | | | | |
| 127. | | | | WITHDRAWN | | | | |
| 128. | | | | WITHDRAWN | | | | |
| 129. | | | | WITHDRAWN | | | | |
| 130. | Dang 17 | ITT0029039 | ITT0029044 | Email re: Status report for the diaphragm project | B | | | |
| 131. | Dang 19 | ITT0024158 | | Email re: Tear Downs of Shurflo Pumps | B | | | |
| 132. | Mir 12 | ITT0015014 | | Email re: Triplex Washdown/VSD | B | | | |
| 133. | | | | WITHDRAWN | | | | |
| 134. | Dang 22 | | | ITT Magazine | B | | | |
| 135. | Dang 16 | | | U.S. Patent No. 7,013,793 | B | | | |
| 136. | Dang 21 | | | Dang degree | A | | | |
| 137. | | | | WITHDRAWN | | | | |
| 138. | Barber 5 | | | 31295/31395 - Series Automatic Water System Pump | B | | | |
| 139. | | | | WITHDRAWN | | | | |
| 140. | Sessler 5 | SHUR023623 | | Email re: Jabsco 3 Chamber Pump | B | | | |
| 141. | | | | WITHDRAWN | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 142. | | | | WITHDRAWN | | | | |
| 143. | | SHUR022902 | SHUR022902 | Memo re: Patent Meeting (7/16/99) | B | | | |
| 144. | Meza 13 | SHUR003649 | SHUR003674 | Provisional Patent Application | B | | | |
| 145. | | | | WITHDRAWN | | | | |
| 146. | | | | WITHDRAWN | | | | |
| 147. | | ITT0059212 | ITT0059262 | Strategy Presentation | B | | | |
| 148. | Tilders 2 Batchelder 11 | ITT0016148 | ITT0016183 | Cartridge Livewell Pump Gate-2 | B | | | |
| 149. | | | | WITHDRAWN | | | | |
| 150. | | ITT0016245 | ITT0016282 | Cartridge Livewell Pump Gate-4 | B | | | |
| 151. | | ITT0050283 | ITT0050300 | Tournament Series Livewell/Baitwell Pumps Gate 3 & 4 | B | | | |
| 152. | Tilders 3 Echeverria 6 | ITT0050265 | ITT0050282 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | B | | | |
| 153. | | ITT0069908 | | Rule Technical Bulletin - New 400 Series Modified Seacock Base | B | | | |
| 154. | | ITT0016292 | ITT0016294 | New Cartridge Pump - product specifications | B | | | |
| 155. | | | | WITHDRAWN | | | | |
| 156. | | ITT0004087 | ITT0004088 | Rule Livewell/Baitwell Pumps Instruction Guide | A | | | |
| 157. | | ITT0056248 | ITT0056297 | Rule Pumps & Switches | A | | | |
| 158. | Echeverria 5 | ITT0056502 | ITT0056541 | Rule pumps & switches | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 159. | | ITT0017221 | ITT0017222 | Rule - New livewell/baitwell cartridge pumps | A | | | |
| 160. | Schopperle 6 | ITT0017528 | ITT0017550 | Standard design validation test plan process and procedure overview | B | | | |
| 161. | | ITT0016568 | ITT0016570 | Cartridge Livewell Qualification Test Plan | B | | | |
| 162. | | ITT0016562 | ITT0016564 | Cartridge Livewell Qualification Test Plan v02 | B | | | |
| 163. | | | | WITHDRAWN | | | | |
| 164. | | | | WITHDRAWN | | | | |
| 165. | | | | WITHDRAWN | | | | |
| 166. | | ITT0017501 | ITT0017527 | Generic Pump DV Test Overview v4 | B | | | |
| 167. | Batchelder 13 | ITT0017862 | ITT0017873 | Report Summary - DV Torque Testing | B | | | |
| 168. | | ITT0017642 | ITT0017662 | Test Overview EP2 and 3 Design Validation Testing 08May2008 | B | | | |
| 169. | | | | WITHDRAWN | | | | |
| 170. | | | | WITHDRAWN | | | | |
| 171. | Batchelder 7 | ITT0054573 | ITT0054578 | Memo re: OEM Report - Aug 2005 | B | | | |
| 172. | Tilders 6 | ITT0054588 | ITT0054593 | Memo re: OEM Report - Feb 2006 | B | | | |
| 173. | Schopperle 3 | ITT0042252 | ITT0042296 | Submersible Pump Product Road Map | B | | | |
| 174. | | ITT0056386 | ITT0056430 | ROAD MAP Submersible Strategy Presentation | B | | | |
| 175. | | ITT0049584 | ITT0049689 | 2007 Sales & Technical Presentation | B | | | |
| 176. | | ITT0036857 | ITT0036945 | 2007 Technical Presentation | B | | | |
| 177. | | ITT0055034 | ITT0055074 | Nick Hill May 2003 Powerpoint | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 178. | Tilders 1 | ITT0055955 | ITT0056038 | ITT January 2007 presentation | B | | | |
| 179. | | ITT0056436 | ITT0056501 | Rule Ops April Powerpoint | B | | | |
| 180. | Schopperle 4 | ITT0042297 | ITT0042341 | ITT June 1, 2007 presentation | B | | | |
| 181. | | ITT0059635 | ITT0059687 | Tim Ristoff presentation | B | | | |
| 182. | Schopperle 5 | ITT0017674 | ITT0017682 | Overview - update 08May2008 | B | | | |
| 183. | | | | WITHDRAWN | | | | |
| 184. | | ITT0016295 | ITT0016297 | Cartridge Pump model numbers | B | | | |
| 185. | | ITT0016210 | ITT0016224 | New Cartridge Livewell Scorecard | B | | | |
| 186. | | ITT0016133 | ITT0016147 | New Cartridge Pump Scorecard | B | | | |
| 187. | | | | WITHDRAWN | | | | |
| 188. | | | | WITHDRAWN | | | | |
| 189. | | ITT0017093 | ITT0017097 | Project Appropriation Request | B | | | |
| 190. | Batchelder 1 | ITT0017095 | | Project Appropriation Request - New cartridge livewell pump | B | | | |
| 191. | Batchelder 4 | ITT0017137 | ITT0017138 | Quotation from ProtoCAM | B | | | |
| 192. | Batchelder 9 | ITT0017808 | | Item schematics | B | | | |
| 193. | | ITT0056246 | ITT0056247 | Model 209FDP Dual Port | B | | | |
| 194. | | | | WITHDRAWN | | | | |
| 195. | | | | WITHDRAWN | | | | |
| 196. | | | | WITHDRAWN | | | | |
| 197. | | ITT0069460 | ITT0069460 | ITT Supplemental Sales Data | B | | | |
| 198. | | ITT0069341 | | ITT Sales Information | B | | | |
| 199. | | ITT0069369 | | ITT Sales Information | B | | | |
| 200. | | ITT0069370 | | ITT Sales Information | B | | | |
| 201. | | ITT0069459 | ITT0069459 | ITT Sales Data on Rule Non-infringing Substitutes | B | | | |
| 202. | | | | WITHDRAWN | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 203. | | ITT0054229 | ITT0054230 | Market Share | B | | | |
| 204. | Echeverria 7 | ITT0069521 | ITT0069536 | U.S. Patent Application Publication 2007/0086903 | B | | | |
| 205. | | ITT0069314 | ITT0069316 | West Marine 1992 Master Catalog | A | | | |
| 206. | | | | WITHDRAWN | | | | |
| 207. | | | | WITHDRAWN | | | | |
| 208. | | | | WITHDRAWN | | | | |
| 209. | | | | WITHDRAWN | | | | |
| 210. | | | | WITHDRAWN | | | | |
| 211. | | | | WITHDRAWN | | | | |
| 212. | | | | WITHDRAWN | | | | |
| 213. | | | | WITHDRAWN | | | | |
| 214. | | | | WITHDRAWN | | | | |
| 215. | | | | WITHDRAWN | | | | |
| 216. | | | | WITHDRAWN | | | | |
| 217. | | | | WITHDRAWN | | | | |
| 218. | Johnson 8 | JOHNSON0021 | JOHNSON0025 | Product requirement document - centrifugal livewell pump series | B | | | |
| 219. | | | | WITHDRAWN | | | | |
| 220. | | SHUR026900 | SHUR026900 | Process for Station F Magnetic Impeller Assembly | B | | | |
| 221. | | SHUR026901 | SHUR026901 | Process for Station G Magnetic Impeller/Motor Housing/Connector Housing Assembly | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 222. | | SHUR000116 | SHUR000118 | Pros and cons of centrifugal livewell pump | B | | | |
| 223. | Johnson 15 | JOHNSON0038 | JOHNSON0042 | Model 1700 bilge pump competitor performance data | B | | | |
| 224. | | SHUR025070 | SHUR025079 | Model 1700 Assembly process flow chart | B | | | |
| 225. | | | | WITHDRAWN | | | | |
| 226. | | | | WITHDRAWN | | | | |
| 227. | | | | WITHDRAWN | | | | |
| 228. | | | | WITHDRAWN | | | | |
| 229. | Johnson 4 | SHUR000121 | SHUR000124 | Fax from Ken Peterson to Russ Johnson | B | | | |
| 230. | Johnson 1 Patel 4 | JOHNSON0001 | JOHNSON0005 | Fax from Russ Johnson to Shurflo (3/16/93) | B | | | |
| 231. | Johnson 2 | JOHNSON0006 | JOHNSON0008 | Memo re: need for a switchless pump | B | | | |
| 232. | Patel 2 | SHUR022288 | SHUR022292 | Engineering Lab Test Report (10/24/94) | B | | | |
| 233. | Patel 6 | SHUR000071 | SHUR000073 | Modular Bilge Pump Meeting Minutes 10/31/94 | C | | | |
| 234. | Patel 7 | SHUR000074 | SHUR000076 | Modular Bilge Pump Meeting Minutes 11/17/94 | C | | | |
| 235. | Patel 9 | SHUR0000081 | SHUR000093 | Modular bilge pump model 1700 phase I review 12/6/94 | C | | | |
| 236. | Johnson 3 | JOHNSON0009 | | Agenda for Russ Johnson 12/19/94 | B | | | |
| 237. | Patel 10 | SHUR000121 | SHUR000124 | Fax to Russ Johnson re: agenda | B | | | |

80865817.1

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 238. | Johnson 5 | SHUR024105 | SHUR024107 | Meeting Minutes - Concept Review 12/19/94 | B | | | |
| 239. | Patel 11 | SHUR000125 | SHUR000126 | Memo to John Loarie re: bilge pump/OCC lecture series | B | | | |
| 240. | Johnson 6 Patel 12 | JOHNSON0013 | | Bilge pump prototype update/review meeting minutes (2/23/95) | B | | | |
| 241. | Johnson 7 Patel 13 | JOHNSON0014 | JOHNSON0018 | Bilge/bait pump prototype update/review meeting minutes (3/29/95) | B | | | |
| 242. | Johnson 9 Patel 15 | JOHNSON0019 | JOHNSON0020 | Bilge/bait pump prototype update/review meeting minutes (6/16/95) | B | | | |
| 243. | | | | WITHDRAWN | | | | |
| 244. | Patel 14 | SHUR022256 | SHUR022257 | Lab Test Report (4/19/96) | B | | | |
| 245. | Patel 17 | SHUR022151 | SHUR022156 | Model 1700 bilge pump project update meeting (6/5/96) | B | | | |
| 246. | Johnson 11 | SHUR022112 | SHUR022115 | Model 1700 bilge/bait pump status review minutes (6/11/96) | B | | | |
| 247. | Johnson 12 Patel 18 | JOHNSON0029 | | Product features & benefits mag drive livewell pumps as of June 18, 1996 | B | | | |
| 248. | Johnson 13 | SHUR003807 | SHUR003810 | Model 1700 bilge/bait pump status review minutes (7/9/96) | B | | | |
| 249. | Johnson 14 Barber 11 Patel 19 | SHUR022060 | | Model 1700 bilge/bait pump status review minutes (8/14/96) | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 250. | Patel 20 | SHUR003815 | SHUR003818 | Model 1700 bilge/bait pump status review minutes (10/23/96) | B | | | |
| 251. | Barber 13 Patel 21 | SHUR22017 | | Model 1700 bilge/bait pump status review minutes (11/5/96, 11/20/96, 12/9/96) | B | | | |
| 252. | Patel 22 | SHUR023517 | SHUR023527 | Investigation of first article history on bait/bilge pump (2/19/98) | B | | | |
| 253. | Patel 16 | SHUR000257 | SHUR000266 | Capital Request Form: Requestor Ken Peterson/Lloyd Golobay: Modular Bilge Pump/Livewell Pump tools | C | | | |
| 254. | | SHUR025080 | SHUR025089 | 1700 Bait Pump assembly process flow chart | B | | | |
| 255. | | ITT0015944 | ITT0015944 | Bracket schematic | B | | | |
| 256. | Caldwell 9 | | | Oversized drawing | B | | | |
| 257. | Caldwell 13 | ITT0015946 | ITT0015947 | Bracket schematics | B | | | |
| 258. | | ITT0015936 | ITT0015936 | Flojet bracket rackmount schematic | B | | | |
| 259. | | ITT0004035 | ITT0004035 | Flojet Universal Bracket Spec | B | | | |
| 260. | Fong 3 | ITT0004029 | | Flojet Model 20982-100 Universal Bracket | B | | | |
| 261. | Caldwell 10 | ITT0003044 | ITT0003045 | Flojet Pumps & Accessories for Coca-Cola | A | | | |
| 262. | Caldwell 14 Byrd 3 | ITT0016059 | ITT0016060 | Flojet Pumps & Accessories for Coca-Cola | A | | | |
| 263. | | ITT0069630 | ITT0069631 | Flojet Pumps & Accessories for Coca-Cola | A | | | |
| 264. | | ITT0003046 | ITT0003047 | Flojet Pumps & Accessories for Pepsi F100-053 REV0896 | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 265. | | ITT0069628 | ITT0069629 | Flojet Pumps & Accessories for Pepsi | A | | | |
| 266. | Fong 1 | ITT0018109 | ITT0018114 | Pepsi bracket photos | B | | | |
| 267. | | | | WITHDRAWN | | | | |
| 268. | | ITT0016054 | ITT0016057 | Fax from Coca-Cola re: ECNFJ2501001 | B | | | |
| 269. | Caldwell 8 | ITT0018068 | ITT0018094 | Letter from Coca-Cola to Profitmaster Displays | B | | | |
| 270. | | | | WITHDRAWN | | | | |
| 271. | | | | WITHDRAWN | | | | |
| 272. | | | | WITHDRAWN | | | | |
| 273. | | ITT0016119 | ITT0016119 | Fax from Shurflo to Flojet re: Coca-Cola universal modular board | B | | | |
| 274. | Caldwell 6 | ITT0015999 | ITT0016003 | Fax to Providence Enterprise | A | | | |
| 275. | | ITT0015950 | ITT0015953 | Flojet 5000 Series Installation Operation & Service Instructions | B | | | |
| 276. | | ITT0039697 | ITT0039724 | Flojet Beverage Products Catalog | B | | | |
| 277. | | ITT0053650 | ITT0053664 | America's Quarterly Sales Review Q108 | B | | | |
| 278. | Caldwell 7 Fong 4 | ITT0015994 | ITT0015998 | Beverage Workgroup March 17, 2000 Meeting | B | | | |
| 279. | | ITT0016004 | ITT0016032 | Coke Change Letter | B | | | |
| 280. | | | | WITHDRAWN | | | | |
| 281. | Caldwell 15 | ITT0069592 | | Pump photos | B | | | |
| 282. | | E0000033 | | 2007 All Data Monthly | B | | | |
| 283. | | | | WITHDRAWN | | | | |
| 284. | Mallik 2 | ITT0069476 | ITT0069482 | U.S. Patent Appl. Publication 2008/0142674 (Dang) | B | | | |
| 285. | | ITT0069368 | | ITT Sales Information | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 286. | Jersey 10 | SHUR000770 | SHUR000795 | Board drawings and schematics | B | | | |
| 287. | Jersey 11 | SHUR000825 | | Gas pump modular system board checklist | B | | | |
| 288. | | SHUR001022 | SHUR001022 | George Thompson visit Meeting Agenda | B | | | |
| 289. | | | | WITHDRAWN | | | | |
| 290. | | | | WITHDRAWN | | | | |
| 291. | | | | WITHDRAWN | | | | |
| 292. | | SHUR004484 | SHUR004490 | Comestible fluid rack and rail apparatus invoice summary | C | | | |
| 293. | | SHUR004491 | SHUR004613 | Comestible fluid rack and rail apparatus invoice summary | C | | | |
| 294. | Saveliev 4 | SHUR004454 | | Item Numbers - Modular System Boards for BIB Pumps | C | | | |
| 295. | Jersey 12 | SHUR000728 | SHUR000731 | Capital request - outside design and tooling of new CCUSA gas pump system board | C | | | |
| 296. | Jersey 22 | SHUR000863 | SHUR000873 | Coca-Cola fountain universal modular board by Shurflo | A | | | |
| 297. | Jersey 29 | | | Coca-Cola Shurflo universal modular board system for BIB pumps | A | | | |
| 298. | | SHUR004481 | SHUR004483 | Comestible fluid rack and rail apparatus patented product list | B | | | |
| 299. | | SHUR001092 | SHUR001095 | Conceptual Drawings of Modular Board | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|-------|--------------------|------------------------|---------------------|-------|------|------|--------|----------|
| 300. | | | | WITHDRAWN | | | | |
| 301. | Jersey 16 | SHUR000915 | SHUR000918 | Email re: BIB universal board feedback | B | | | |
| 302. | Jersey 32 | SHUR000587 | SHUR000588 | Memo re: snap-fit base plate and track system | B | | | |
| 303. | Jersey 27 | SHUR004220 | SHUR004225 | Memo re: universal modular board - tooling changes for Flojet revised pump | B | | | |
| 304. | | SHUR000908 | SHUR000911 | Modular board review | B | | | |
| 305. | | SHUR004213 | SHUR004214 | Purchase requisition invoice P.O. No. T63085 | B | | | |
| 306. | | SHUR004018 | SHUR004024 | Quotation to Shurflo from Monco Products, Inc. Plastic Injection Molding | B | | | |
| 307. | Jersey 18 | SHUR004156 | SHUR004163 | Reports on pull and drop test | B | | | |
| 308. | | | | WITHDRAWN | | | | |
| 309. | | SHUR000862 | SHUR000862 | S862 Drawing by Pro Design Opt -- Modular Board/Gas Pump | B | | | |
| 310. | | SHUR000874 | SHUR000875 | S875 Shurflo Memo Sheet | B | | | |
| 311. | | | | WITHDRAWN | | | | |
| 312. | | SHUR000949 | SHUR000949 | S949 Drawing of Modular System Board by Pro Design Opt | B | | | |
| 313. | | SHUR003980 | SHUR003984 | Shurflo Capital Request Form 1508-1696 | B | | | |
| 314. | | SHUR004151 | SHUR004155 | Shurflo engineering report - Modular BIB pump system board | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|-------|--------------------|------------------------|---------------------|-------|------------------------------------------------------|--------------|--------|----------|
| 315. | | SHUR004207 | SHUR004211 | Shurflo engineering report - modular BIB pump system board | B | | | |
| 316. | | SHUR004205 | SHUR004206 | Shurflo lab test report | B | | | |
| 317. | | SHUR000859 | SHUR000861 | Shurflo memos re: universal modular board | B | | | |
| 318. | | SHUR000881 | SHUR000884 | Shurflo modular board update | B | | | |
| 319. | Jersey 17 | SHUR000957 | SHUR000961 | Craftech progress report for Shurflo single cavity - modular gas pump board | B | | | |
| 320. | | SHUR000920 | SHUR000948 | Facsimile from Craftech -- First Article inspection report for Coke Board (3/30/98) | B | | | |
| 321. | Jersey 14 | SHUR000965 | SHUR000981 | Letter from Craftech (10/7/97) | B | | | |
| 322. | Jersey 28 | SHUR004303 | SHUR004306 | Letter from Craftech (6/3/99) | B | | | |
| 323. | | SHUR004203 | SHUR004204 | Letter to Steve Jersey re Craftech quote for Modular gas pump board (8/27/98) | B | | | |
| 324. | | SHUR004175 | SHUR004177 | Letter to Steve Jersey re Craftech quote modular gas pump board (6/3/98) | B | | | |
| 325. | | SHUR004219 | SHUR004219 | Letter to Steve Jersey re Craftech quote of modification to modular board (4/6/00) | B | | | |
| 326. | | SHUR004228 | SHUR004230 | Letters to Steve Jersey re Craftech quote engineering estimate (12/15/99) | B | | | |
| 327. | | SHUR000885 | SHUR000907 | Shurflo modular universal board - products mounting instructions | B | | | |

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 328. | | | | WITHDRAWN | | | | |
| 329. | | | | WITHDRAWN | | | | |
| 330. | Jersey 15 | SHUR000733 | SHUR000735 | Shurflo purchase requisition | B | | | |
| 331. | | SHUR003677 | SHUR003678 | Shurflo universal modular board system for BIB pumps | B | | | |
| 332. | Jersey 34 | SHUR000579 | SHUR000581 | Snap fit baseplate schematics | A | | | |
| 333. | | | | WITHDRAWN | | | | |
| 334. | Jersey 33 Saveliev 11 | SHUR000591 | SHUR000593 | Memo re: June 30 memo on prototype Shurflo snap-fit base plate and track system | B | | | |
| 335. | Jersey 21 | SHUR004185 | SHUR004196 | Fax re: modifications - Coke board (6/5/98) | B | | | |
| 336. | | | | WITHDRAWN | | | | |
| 337. | | SHUR004016 | SHUR004017 | Fax to Lorin Bice Shurflo re Artistic Plastics, Inc. quote for injection mold (10/8/03) | B | | | |
| 338. | Jersey 26 | SHUR000982 | SHUR000983 | Email re: modular board re-design (2/8/00) | B | | | |
| 339. | | | | WITHDRAWN | | | | |
| 340. | Barber 12 | SHUR000962 | SHUR000964 | Discussion Topics for Shurflo Modular Universal Board (5/29/98) | B | | | |
| 341. | | SHUR000950 | SHUR000956 | Drawings of modular system board | B | | | |
| 342. | Caldwell 5 | ITT0018134 | | Letter to Fellows (1/23/06) | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 343. | | | | WITHDRAWN | | | | |
| 344. | Naval 3 Mallik 1 Mir 6 | ITT0025845 | ITT0025846 | ITT Procedure for New Product Development | A | | | |
| 345. | | ITT0025844 | ITT0025844 | ITT Flojet Value Based Product Development | A | | | |
| 346. | Echeverria 11 | ITT0039654 | ITT0039696 | ITT functional overview | B | | | |
| 347. | | ITT0029470 | ITT0029475 | ITT Industries Corporate Policies: Intellectual Property | B | | | |
| 348. | | ITT0069326 | ITT0069331 | ITT Industries Corporate Policies: Intellectual Property Licenses 12-31-02 10K ITT | B | | | |
| 349. | | ITT0069788 | ITT0069905 | Jabsco Stage-Gate Manual Version 2.2 VBPD | B | | | |
| 350. | | ITT0069632 | ITT0069787 | ITT Industries Jabsco WW Stage-Gate Manual Version 4.0 VBPD | B | | | |
| 351. | Dang 14 Mir 5 | | | Value Based Product Development (VBPD) - Product Phase Activity Matrix - 5 Stage | B | | | |
| 352. | Dang 15 | | | Value Based Product Development (VBPD) - Project Phase Activity Matrix - 3 Stage | B | | | |
| 353. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity | B | | | |
| 354. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix A (CV) | A | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 355. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix B (Testimony) | B | | | |
| 356. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Appendix C (Materials Reviewed) | B | | | |
| 357. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 1 (Claim Construction) | B | | | |
| 358. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 10 (Mayfair Basspirator - 437 Patent Chart) | B | | | |
| 359. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 11 (Invalidity Chart Summary) | A | | | |
| 360. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 12 | B | | | |
| 361. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 2 (Claim Construction) | B | | | |
| 362. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 3 (Schoenmeyr and Hagen - 882 Patent Chart) | B | | | |
| 363. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 4 (PARMAX 30XXX and Hagen - 882 Patent Chart) | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 364. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 5 (PARMAX 30XXX and Hagen - 183 Patent Chart) | B | | | |
| 365. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 6 (Three-Pump Brcket, Fallon and Moller - 662 Patent Chart) | B | | | |
| 366. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 7 (Three-Pump Bracket, Poitier, Fallon and Mallon - 767 Patent Chart) | B | | | |
| 367. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 8 (Foster and Credle - 936 Patent Chart) | B | | | |
| 368. | | | | Expert Report of Dr. Hal Watson, Jr. Regarding Invalidity - Exhibit 9 (Mayfair Proline - 437 Patent Chart) | B | | | |
| 369. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement | B | | | |
| 370. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Appendix A (Materials Reviewed) | B | | | |

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 371. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 1 (Mitutoyo Product Information) | B | | | |
| 372. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 2 (Methodology) | B | | | |
| 373. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 3 (McGraw-Hill Dictionary) | B | | | |
| 374. | | | | Rebuttal Expert Report of Dr. Hal Watson, Jr. Regarding Non-Infringement - Exhibit 4 (Webster's Dictionary) | B | | | |
| 375. | | | | Curriculem Vitae - Hal Watson | | | | |
| 376. | | | | Supplemental Expert Report of Dr. Hal Watson | B | | | |
| 377. | | | | Supplemental Expert Report of Dr. Hal Watson - Supplemental Appendix A | B | | | |
| 378. | | | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 3 | B | | | |
| 379. | | | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 4 | B | | | |
| 380. | | | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 9 | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 381. | | | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 10 | B | | | |
| 382. | | | | Supplemental Expert Report of Dr. Hal Watson - Revised Exhibit 13 | B | | | |
| 383. | | | | Second Supplemental Report of Dr. Hal Watson (5/20/10) | | | | |
| 384. | | | | Third Supplemental Report of Dr. Hal Watson (6/15/10) | | | | |
| 385. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 1 | | | | |
| 386. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 2 | | | | |
| 387. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 3 | | | | |
| 388. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 4 | | | | |
| 389. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 5 | | | | |
| 390. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 6 | | | | |
| 391. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 7 | | | | |
| 392. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 8 | | | | |
| 393. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 9 | | | | |
| 394. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 10 | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 395. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 11 | | | | |
| 396. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 12 | | | | |
| 397. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 13 - Laser Scanning and Dimension Process for Rubber Gasket by: Nvision Inc. | | | | |
| 398. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit 14 - Nvision, Inc., Mobile Scan 3D | | | | |
| 399. | | | | Third Supplemental Report of Dr. Hal Watson - Exhibit O - Claim Chart | | | | |
| 400. | | | | Third Supplemental Report of Dr. Hal Watson - Supplemental Appendix | | | | |
| 401. | | | | Fourth Supplemental Report of Dr. Hal Watson (7/28/10) | | | | |
| 402. | | | | Fourth Supplemental Report of Dr. Hal Watson - Exhibit A - Claim Chart | | | | |
| 403. | | | | Fourth Supplemental Report of Dr. Hal Watson - Exhibit B - Advanced Beverage Solutions LLC, - Invoice | | | | |
| 404. | | | | Fourth Supplemental Report of Dr. Hal Watson - Fourth Supplemental Appendix A | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 405. | | | | Declaration of Dr. Hal Watson, Jr. (4/9/10) | | | | |
| 406. | | | | Declaration of Dr. Hal Watson, Jr. (5/10/10) | | | | |
| 407. | | | | Declaration of Dr. Hal Watson, Jr. (6/15/10) | | | | |
| 408. | | | | WITHDRAWN | | | | |
| 409. | | | | Expert Report of Stephen L. Becker, Ph. D. | B | | | |
| 410. | | | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-1 | B | | | |
| 411. | | | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2A | B | | | |
| 412. | | | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2B | B | | | |
| 413. | | | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2C | B | | | |
| 414. | | | | Expert Report of Stephen L. Becker, Ph. D. - Exhibit SLB-2D | B | | | |
| 415. | | | | Curriculm Vitae for Stephen L. Becker, Ph. D. | A | | | |
| 416. | | | | Expert Report of Stephen L. Becker, Ph. D. - Appendix B - Testimony | B | | | |
| 417. | | | | Expert Report of Stephen L. Becker, Ph. D. - Appendix C - Documents Relied On | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 418. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. | B | | | |
| 419. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-1 | B | | | |
| 420. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2A | B | | | |
| 421. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2B | B | | | |
| 422. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2C | B | | | |
| 423. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Exhibit SLB-2D | B | | | |
| 424. | | | | Supplemental Expert Report of Stephen L. Becker, Ph.D. - Appendix C | B | | | |
| 425. | | | | WITHDRAWN | | | | |
| 426. | | | | WITHDRAWN | | | | |
| 427. | | SHUR008451 | SHUR009110 | West Marine 1998 Powerboat Master Catalog | B | | | |
| 428. | | SHUR009807 | SHUR010459 | West Marine 1999 Power Master Catalog | B | | | |
| 429. | | SHUR011041 | SHUR011938 | West Marine 2000 Catalog | B | | | |
| 430. | | SHUR007436 | SHUR008450 | West Marine 2001 Master Catalog | B | | | |
| 431. | | SHUR017910 | SHUR018989 | West Marine 2002 Master Catalog | B | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 432. | | ITT0069913 | ITT0069935 | Jabsco DC Flexible Impeller Puppy Pumps | B | | | |
| 433. | Saveliev 14 | SHUR000485 | SHUR000594 | SHURflo snap-fit baseplate schematics | B | | | |
| 434. | | ITT0069936 | | Mayfair Basspirator Pump photo | | | | |
| 435. | | ITT0069937 | | Mayfair Basspirator Pump photo | | | | |
| 436. | | ITT0069938 | | Mayfair Basspirator Pump photo | | | | |
| 437. | | ITT0069939 | | Mayfair Basspirator Pump photo | | | | |
| 438. | | ITT0069940 | | Mayfair Basspirator Pump photo | | | | |
| 439. | | ITT0069941 | | Mayfair Basspirator Pump photo | | | | |
| 440. | | ITT0069942 | | Mayfair Basspirator Pump photo | | | | |
| 441. | | ITT0069943 | | Mayfair Basspirator Pump photo | | | | |
| 442. | | ITT0069944 | | Mayfair Basspirator Pump photo | | | | |
| 443. | | ITT0069945 | | Mayfair Basspirator Pump photo | | | | |
| 444. | | ITT0069946 | | Mayfair Basspirator Pump photo | | | | |
| 445. | | ITT0069947 | | Mayfair Basspirator Pump photo | | | | |
| 446. | | ITT0069948 | | Mayfair Basspirator Pump photo | | | | |
| 447. | | ITT0069949 | | Mayfair Basspirator Pump photo | | | | |
| 448. | | ITT0069950 | | Mayfair Basspirator Pump photo | | | | |
| 449. | | ITT0069951 | ITT0069952 | 1995 Master Catalog | | | | |
| 450. | | ITT0069953 | ITT0069954 | 1996 Master Catalog | | | | |
| 451. | | ITT0069955 | | Plumbing Tee photo | | | | |
| 452. | | ITT0069956 | | Plumbing Tee photo | | | | |
| 453. | | ITT0069957 | | Mayfair Basspirator Pump with Plumbing Tee photo | | | | |
| 454. | | ITT0069958 | | Mayfair Basspirator Pump with Plumbing Tee photo | | | | |
| 455. | | ITT0069959 | | Mayfair Basspirator Pump with Plumbing Tee photo | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 456. | | ITT0069960 | ITT0069975 | Injection Molding Handbook | | | | |
| 457. | | ITT0069976 | ITT0069978 | 1994 Catalog | | | | |
| 458. | | ITT0069979 | ITT0069981 | 1995 Catalog | | | | |
| 459. | | ITT0069982 | ITT0069983 | 1996 Catalog | | | | |
| 460. | | ITT0069984 | ITT0069985 | 1997 Catalog | | | | |
| 461. | | ITT0069986 | ITT0069987 | 1998 Catalog | | | | |
| 462. | | ITT0069988 | ITT0069989 | 1999 Catalog | | | | |
| 463. | | ITT0069990 | ITT0069992 | West Marine 1995 Plumbing Tee | | | | |
| 464. | | ITT0069993 | | Basspirator plus tee | | | | |
| 465. | | ITT0069994 | ITT0069997 | Par-Max3 and Par-Max4 Brochure 6/2000 | | | | |
| 466. | | ITT0069998 | | Jabsco Par-Max3 photo | | | | |
| 467. | | ITT0069999 | | Jabsco Par-Max3 photo | | | | |
| 468. | | ITT0070000 | | Jabsco Par-Max3 photo | | | | |
| 469. | | ITT0070001 | | Jabsco Par-Max3 photo | | | | |
| 470. | | ITT0070002 | | Jabsco Par-Max3 photo | | | | |
| 471. | | ITT0070003 | ITT0070020 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | | | | |
| 472. | | ITT0070021 | ITT0070038 | Tournament Series Livewell/Baitwell Pumps Gates 3 & 4 | | | | |
| 473. | PVW 2 | ITT0070039 | ITT0070072 | 183 Patent Validity Opinion | | | | |
| 474. | PVW3 | ITT0070073 | ITT0070264 | 882 Patent Non- Infringement Opinion | | | | |
| 475. | Hardesty 3 | SHUR004231 | SHUR004232 | Memo from Valdivia to Romero re: release of universal board pump systems | | | | |
| 476. | Hardesty 4 | SHUR029820 | SHUR029823 | Email from Crider to Wayhausen | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 477. | | SHUR000461 | SHUR000477 | Slide rail system diagrams and memos | | | | |
| 478. | | SHUR000594 | SHUR000604 | Snap fit baseplate schematics | | | | |
| 479. | Saveliev 23 | SHUR000625 | SHUR000626 | SHURflo accessories | | | | |
| 480. | | SHUR000668 | SHUR000670 | SHURflo accessories | | | | |
| 481. | | SHUR000673 | | SHURflo specifications for BIB shelf | | | | |
| 482. | | SHUR031165 | SHUR031173 | Manufacturing Agreement dated December 17, 2002 | | | | |
| 483. | Saveliev 40Chung 46 | SHUR000478 | SHUR000479 | Snap fit baseplate schematics | | | | |
| 484. | Saveliev 6, 7 | SHUR003993 | SHUR003994 | Engineering release/change form | | | | |
| 485. | | | | WITHDRAWN | | | | |
| 486. | | ITT0070398 | | Sales spreadsheet underlying ITT0069613 spreadsheet | | | | |
| 487. | | ITT0070397 | | Sales spreadsheet underlying ITT0069613 spreadsheet | | | | |
| 488. | | ITT0070265 | ITT0070266 | Email from Dang to Fressola | | | | |
| 489. | | ITT0070267 | ITT0070273 | Email from Dang to Fressola | | | | |
| 490. | | ITT0070274 | ITT0070277 | Email from Dang to Fressola | | | | |
| 491. | | ITT0070278 | ITT0070280 | Fax to Fressola | | | | |
| 492. | | ITT0070281 | ITT0070284 | Email from Dang to Adolphson | | | | |
| 493. | | ITT0070285 | ITT0070289 | Email from Dang to Fressola | | | | |
| 494. | | ITT0070290 | | Email from Fressola to Dang | | | | |
| 495. | | ITT0070291 | ITT0070297 | Email from Dang to Adolphson | | | | |
| 496. | | ITT0070298 | | Email from Adolphson to Dang | | | | |
| 497. | | ITT0070299 | | Email from Fressola to Dang | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 498. | | ITT0070300 | ITT0070301 | Email from Adolphson to Van Winkle | | | | |
| 499. | | ITT0070302 | ITT0070305 | Email from Fressola to Mallik | | | | |
| 500. | | ITT0070315 | ITT0070320 | Email from Dang to Adolphson | | | | |
| 501. | | ITT0070306 | ITT0070308 | Email from Adolphson to Dang | | | | |
| 502. | | ITT0070309 | ITT0070314 | Email from Dang to Adolphson | | | | |
| 503. | | ITT0070321 | | Email from Adolphson to Dang | | | | |
| 504. | | SHUR001759 | SHUR001803 | Engineering change order request | | | | |
| 505. | | | | 957 Snap Fit Base Plate | | | | |
| 506. | Saveliev 4 | SHUR003995 | | Multi-Level Engineering Where Used Listing | | | | |
| 507. | Saveliev 5 | SHUR003996 | | Multi-Level Engineering Where Used Listing | | | | |
| 508. | Saveliev 8 | SHUR003992 | | Single-Level Engineering Where Used Listing | | | | |
| 509. | Saveliev 9 | SHUR003991 | | Engineering release/change form | | | | |
| 510. | Saveliev 10 | SHUR000587 | SHUR000589 | Memo re: snap-fit base plate and track system | | | | |
| 511. | Saveliev 12 | SHUR000580 | | Memo re: Plastic Mounting Brackets | | | | |
| 512. | Saveliev 13 | SHUR000595 | | Memo re: Plastic Mounting Brackets | | | | |
| 513. | Saveliev 14 | SHUR000496 | | | | | | |
| 514. | Saveliev 15 | SHUR000508 | | Letter re: Craftech quote | | | | |
| 515. | Saveliev 16 | SHUR000486 | SHUR000491 | First Article Inspection Report | | | | |
| 516. | | | | WITHDRAWN | | | | |
| 517. | Saveliev 18 | SHUR004522 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 518. | Saveliev 19 | SHUR004524 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 519. | Saveliev 20 | SHUR004525 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 520. | Saveliev 21 | SHUR000492 | | First Article Inspection Report | | | | |
| 521. | Saveliev 22 | SHUR000487 | | Quality Assurance Inspection Report | | | | |
| 522. | Saveliev 24 | SHUR004528 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 523. | Saveliev 25 | SHUR000527 | | Single-Level Engineering Bills of Material | | | | |
| 524. | Saveliev 26 | SHUR004530 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 525. | Saveliev 27 | SHUR000526 | | Single-Level Engineering Bills of Material | | | | |
| 526. | Saveliev 28 | SHUR000533 | | Single-Level Engineering Bills of Material | | | | |
| 527. | Saveliev 29 | SHUR004533 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 528. | Saveliev 30 | SHUR004535 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 529. | Saveliev 31 | SHUR004536 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 530. | | | | WITHDRAWN | | | | |
| 531. | Saveliev 33 | SHUR004537 | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 532. | Saveliev 34 | | | Beverage World - The flow of the industry | | | | |

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 533. | Saveliev 35 | | | Getting it right at fountain | | | | |
| 534. | Saveliev 36 | | | Beverage World - 14 January 2001 | | | | |
| 535. | Saveliev 37 | | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 536. | Saveliev 38 | | | Sales Report - Comestible Fluid Rack and Rail Apparatus | | | | |
| 537. | Saveliev 39 | SHUR000513 | | Scion quotation | | | | |
| 538. | Saveliev 41 | SHUR031174 | SHUR031176 | Fax from Coca-Cola to SHURflo dated 12/21/01 | | | | |
| 539. | Saveliev 42 | SHUR031177 | SHUR031182 | Selected Project Agreement Exhibit No. 2 dated 12/12/00 | | | | |
| 540. | Saveliev 43 | SHUR031194 | SHUR031198 | Selected Project Agreement Exhibit No. 5 dated 12/12/00 | | | | |
| 541. | Chung 45 | SHUR000512 | | Scion quotation | | | | |
| 542. | Chung 47 | SHUR000456 | | Heavy duty advantage pump schematic | | | | |
| 543. | | SHUR000480 | SHUR000482 | First Article Inspection Report | | | | |
| 544. | | ITT0070444 | ITT0070459 | U.S. Patent No. 7,748,965 | | | | |
| 545. | | SHUR004484 | SHUR004490 | Comestible Fluid Rack and Rail Apparatus Purchase Records | | | | |
| 546. | | ITT0070460 | ITT0070467 | Beverage World January 15, 2001 | | | | |
| 547. | | ITT0070468 | ITT0070521 | Photographs from Base Plate Inspection - 7/22/10 | | | | |
| 548. | | | | Photos | | | | |
| 549. | | | | WITHDRAWN | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 550. | | | | Product Overview - Absolute Digimatic Caliper Series 500 with Exclusive Absolute Encode Technology; Series 500 | | | | |
| 551. | | | | Declaration of Julie Goldweitz for Reed Exhibitions | | | | |
| 552. | | ReedEx_000001 | ReedEx_000007 | InterBev Buyers' Guide Directory | | | | |
| 553. | | | | Declaration of Scott Adams for Advanced Beverage Solutions, LLC | | | | |
| 554. | | AdvBevSol_000001 | AdvBevSol_000002 | | | | | |
| 555. | | | | Declaration of Terrence Bolander for Nvision, Inc. | | | | |
| 556. | | NVIS_000001 | NVIS_000015 | Laser scans of ITT Diaphragm | | | | |
| 557. | | AmerBev_000001 | AmerBev_000012 | American Beverage Documents | | | | |
| 558. | | SHUR004220 | SHUR004225 | Universal Modular Board Correspondence | | | | |
| 559. | | | | Model 400 Series Rule Instruction Guide - Tournament Series Livewell/Baitwell Pumps; Rev. A 06/2006 | | | | |
| 560. | | SHUR000485 | SHUR000486 | Schematic - Snap Fit Base Plate; First Article Inspection Report | | | | |
| 561. | | SHUR001692 | SHUR001693 | Declaration and Power of Attorney for Patent Application | | | | |
| 562. | | SHUR001681 | SHUR001687 | Information Disclosure Statement | | | | |
| 563. | | | | WITHDRAWN | | | | |
| 564. | | SHUR004491 | SHUR004613 | Plaintiff's Sales Summaries | | | | |

DEFENDANTS' SECOND AMENDED EXHIBIT LIST

| Ex. # | Deposition Exhibit | Beginning Production # | Ending Production # | Title | (A) Will Use; (B) May Use (C) Probably Will not use | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| 565. | | ITT0070400 | | Diaphragm Schematic | | | | |
| 566. | | ITT0070402 | ITT70401 | FloJet Bag-in-Box System | | | | |
| 567. | | ITT0070424 | ITT0070443 | FloJet Beverage Pumps Catalog | | | | |