IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC<br>F/K/A SHURFLO PUMP<br>MANUFACTURING COMPANY | § § § § | CAUSE NO. 6:08-CV-59 |
| VS. | § § | JURY TRIAL DEMANDED |
| ITT CORPORATION,<br>ITT INDUSTRIES,<br>FLOJET CORPORATION,<br>ITT JABSCO, INC., AND<br>RULE INDUSTRIES, INC. | § § § § § | |

## JOINT JUROR QUESTIONNAIRE

Comes now the parties and presents this their Joint Juror Questionnaire.

Mary-Olga Lovett
lovettm@gtlaw.com
Paul J. Brown
brownpa@gtlaw.com
Greenberg Traurig
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
T 713 374 3541

Michael A. Nicodema - LEAD
nicodemam@gtlaw.com
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
973-360-7900

Gerald L. Fellows
fellowsj@gtlaw.com
Kimberly A. Warshawski
warshawskyk@gtlaw.com
Greenberg Traurig
2375 E Camelback Road, Suite 700
Phoenix, Az 85016
602-445-8000

Douglas R. McSwane, Jr
Potter Minton
PO Box 359
Tyler, Texas 75710
(903)597-8311

*Attorneys for Plaintiff*

Brett Christopher Govett
bgovett@fulbright.com
Dustin M. Mauck
dmauck@fulbright.com
Kirby Blair Drake
kdrake@fulbright.com
Miriam Quinn
mquinn@fulbright.com
**Fulbright & Jaworski**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
214-855-8118

George W. Jordan III
gjordan@fulbright.com
**Fulbright & Jaworski**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
713-651-5151

Otis Carroll
Deborah J. Race
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
903-561-1600

*Attorneys for Defendants*

## TO PROSPECTIVE JURORS

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of this questionnaire, the process of jury selection will be shortened. Please answer the questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use the back of the questionnaire should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court. **PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES.**

**JUROR QUESTIONNAIRE**  Juror No. _____

1. Name: _____ Age: _____  € Male    € Female
2. What is the last or highest level of school you completed (if beyond high school, indicate field of study)? _____
3. Please describe your current employment status: _____
4. Beginning with your current or most recent job, list the last 3 jobs you have held. Indicate your job duties and the date you held the job (If Military or Government, indicate highest rank or GS level):

| | Employer/Title | Duties | # Employees | Years |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |

5. If you have served as a juror, explain what was/were the case(s) about: _____
6. Have you or anyone close to you ever worked in the legal profession, including working for any court, judge, lawyer or law firm?  € Yes    € No    If yes, please explain: _____
7. Other than being called as a juror today, what experiences have you had with the courts or judicial system in the last 10 years? _____
8. Have you ever filed a complaint, grievance or legal action, or had a serious dispute with a company or officer of a company?  € Yes    € No
9. Do you know of or use any of the following:
   a. pumps for plumbing in an RV or camper? Yes:_____ No: _____
   b. pumps for soft drink dispensers? Yes:_____ No: _____
   c. pumps for a fishing boat? Yes:_____ No: _____
   d. Are you or any member of your family involved in tournament fishing? Yes:_____ No: _____
   e. Have you ever or do you now or any member of your family work in a restaurant? Yes:_____ No: _____
10. Have you ever: Created or developed something and had the idea taken from you?  € Yes € No
    Been wrongfully accused of taking the idea of another?  € Yes € No
    If yes to either question, please explain: _____
11. Have you, or someone close to you, ever invented something, or had any familiarity or experience with a U.S. Patent ?  € Yes € No    If yes, please specify: _____
12. Is there anything that may affect your ability to be a fair and impartial juror in this case?  € Yes    € No
    If yes,  please explain: _____
13. Do you agree or disagree with the following statements?
    13A. "It is enough for me to know that something works, I do not need to know *how* it works."
         € Agree       € Disagree
    13B. "I am more of a 'big picture' thinker than someone who focuses on specific details."
         € Agree       € Disagree

Your Signature: _____    Date Signed: _____