# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A/ SHURFLO PUMP MANUFACTURING COMPANY, | § § § § § | Civil Action No. 6:08-cv-59 |
| Plaintiff, | § § | |
| v. | § § | |
| ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC., | § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT REPORTS

Plaintiff Sta-Rite Industries, LLC, f/k/a SHURflo, LLC f/k/a SHURflo Pump Manufacturing Company ("Plaintiff") hereby gives notice that it has served upon counsel for Defendants, Brett Christopher Govett, George W. Jordan III, Miriam Quinn and Dustin Mauck of Fulbright & Jaworski: (i) First Amended Expert Report of R. Fred Lipscomb, and (ii) Second Amended Expert Report of Fred Lipscomb. Defendants were served by electronic mail on September 8, 2010 and September 10, 2010, respectively.

Dated: September 10, 2010

Respectfully submitted,

/s/ Kimberly W. Warshawky
Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
GREENBERG TRAURIG, LLP
200 Park Avenue, PO Box 677
Florham Park, New Jersey 07932
Telephone: 973-360-7900
Telecopier: 973-301-8410
nicodemam@gtlaw.com

Mary-Olga Lovett
Paul J. Brown
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Telecopier: 713-374-3505
lovettm@gtlaw.com

Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-445-8000
Telecopier: 602-445-8100
warshawskyk@gtlaw.com

Douglas R. McSwane, Jr.
State Bar No 1381300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
Telephone: 903-597-8311
Telecopier: 903-593-0846
dougmcswane@potterminton.com

**ATTORNEYS FOR PLAINTIFF STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record were served on September 10, 2010 with a copy of this document via email.

                                            By: /s/ Kimberly A. Warshawsky
                                                      Kimberly A. Warshawky