## EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| STA-RITE INDUSTRIES, LLC F/K/A SHURFLO, LLC F/K/A SHURFLO PUMP MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ITT CORPORATION, ITT INDUSTRIES, FLOJET CORPORATION, ITT JABSCO, INC., AND RULE INDUSTRIES, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  6:08-CV-59 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a separate agreement, the Parties have agreed to settle, adjust and compromise all claims in the above-captioned action.  The Parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Plaintiff against Defendants and all claims by Defendants against Plaintiff made or which could have been made therein with prejudice to the re-filing of same.

The Parties further move the Court to order that all costs and expenses relating to this action (including attorney and expert fees and expenses) shall be borne solely by the Party incurring same.

-1-

/s/ *Michael A. Nicodema by permission*
Michael A. Nicodema, admitted *pro hac vice*
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
Telephone:  973-360-7900
Facsimile:  973-301-8410

Mary-Olga Lovett
lovettm@gtlaw.com
Paul J. Brown
brownpa@gtlaw.com
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, Texas 77002

Gerald L. Fellows, admitted *pro hac vice*
fellowsj@gtlaw.com
Kimberly A. Warshawsky, admitted *pro hac vice*
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone:  602-445-8000
Facsimile:  602-445-8100

Douglas R. McSwane, Jr.
State Bar No 1381300
E. Glenn Thames, Jr.
State Bar No. 00785097
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
Telephone:  903-597-8311
Facsimile:  903-593-0846
dougmcswane@potterminton.com

COUNSEL FOR PLAINTIFF

/s/  Brett C. Govett
Brett C. Govett
Texas Bar No.  08235900
Karl G. Dial
Texas Bar No.  05800400
Miriam L. Quinn
Texas Bar No.  24037313
Dustin Mauck
Texas Bar No.  24046373

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  214-855-8000
Facsimile:  214-855-8200
Email:  bgovett@fulbright.com
Email:  kdial@fulbright.com
Email:  mquinn@fulbright.com
Email:  dmauck@fulbright.com

George W. Jordan III
Texas Bar No.  00796850
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713-651-5151
Facsimile:  713-651-5246
Email:  gjordan@fulbright.com

Otis Carroll
Deborah J. Race
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
fedserv@icklaw.com

COUNSEL FOR DEFENDANTS

80846855.4/10803900
*PHX 329,549,330v5 11-19-10*
*PHX 329,631,761v2 11-30-10*